The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00602-JHC |
| Plaintiffs, | DECLARATION OF KELLY PARADIS |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

I, KELLY PARADIS, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am a Deputy Solicitor General in the Solicitor General's Office of the Washington State Attorney General's Office. I am one of the attorneys representing the State of Washington in this matter.

3. Exhibit A is a true and correct excerpt of the transcript from the April 17, 2025 preliminary injunction hearing in *League of United Latin American Citizens v. Executive Office of the President*, No. 1:25-cv-00946 (D.D.C. 2025).

DECLARATION OF KELLY PARADIS
NO. 2:25-cv-00602-JHC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

4. Exhibit B consists of true and correct excerpts of the Conference Report on the National Voter Registration Act of 1993, H.R. Rep. No. 103-66 (1993) (Conf. Rep.), and the Senate's agreement to the Conference Report, 139 Cong. Rec. S5746-03 (Daily Ed. May 11, 1993).

5. Exhibit C is a true and correct excerpt from the Congressional Globe, Cong. Globe, 42d Cong., 2d Sess. 141 (1871) (remarks of Rep. Butler).

6. Exhibit D is a true and correct copy of Memorandum of Decision Concerning State Requests to Include Additional Proof-of-Citizenship Instructions on the National Mail Voter Registration Form dated January 17, 2014.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 28th day of May 2025 at Seattle, Washington.

*s/Kelly Paradis*
KELLY PARADIS, WSBA #47175
Deputy Solicitor General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200
Kelly.Paradis@atg.wa.gov

DECLARATION OF KELLY PARADIS
NO. 2:25-cv-00602-JHC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744