The Honorable John H. Chun

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00602-JHC |
| Plaintiffs, | DECLARATION OF MARY HALL |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

I, Mary Hall, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.      I am the Thurston County Auditor. In this position, I am responsible for overseeing elections and managing voter registration in Thurston County, Washington. As part of those duties, I oversee the Thurston County Auditor's elections team, which manages every part of the election process, from candidate filing to ballot design, processing, and security. Thurston County is the sixth most populous county in Washington State and has approximately 208,927 registered voters.

3.      For primary and general elections for federal office, my office employs both permanent and seasonal staff. For the 2024 primary election, my office employed 12 permanent

DECLARATION OF MARY HALL
NO. 2:25-cv-00602-JHC
1
ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

staff members and 101 seasonal staff members. For the 2024 general election, my office employed 13 permanent staff members and 133 seasonal staff members.

4.      For primary and general elections for federal office, my office operates two voting centers. One is in Tumwater, Washington and the other is in Lacey, Washington. At these voting centers, eligible persons can register to vote, update voter information, receive a replacement or reissued ballot, use an accessible voting machine, or receive other assistance with voting.

5.      In 2024, the voting center in Tumwater was open on October 16 to November 1 from 8:00am to 4:30pm; on Saturday, November 2 from 10:00am to 4:00pm; on Monday, November 3 (the day before election day) from 8:00am to 6:00pm; and on election day from 8:00am to 8:00pm. There are always at least 23 staff members working at the voting center in Tumwater, including those working at the phone bank.

6.      In 2024, the voting center in Lacey was open on October 28 to November 1 from 10:00am to 4:00pm; on Saturday, November 2 from 10:00am to 4:00pm; on Monday, November 3 (the day before election day) from 10:00am to 6:00pm; and on election day from 8:00am to 8:00pm. There are always at least 6 staff members working at the voting center in Lacey. Staff at these voting centers assist all voters who are in line by 8:00pm on election day.

7.      In 2024, voter services were also available at the Student Engagement HUB at Evergreen College in Olympia, Washington and at several branches of the Timberland Library. At these locations, eligible persons could register to vote, update voter information, receive a replacement or reissued ballot, or receive other assistance with voting.

8.      In the 2024 primary election, the Tumwater and Lacey voting centers assisted 476 voters. In the 2024 general election, they assisted 3,213 voters.

9.      My office is responsible for processing voter registrations and updates for residents of Thurston County. We receive voter registrations in various forms from various sources. We receive paper voter registration forms filled out by voters, which can be received

1   from individual voters or organizations conducting voter registration drives, such as non-profit

2   organizations, political parties, or political campaigns. We also receive electronic voter

3   registrations filled out by Thurston County residents through the Secretary of State's online voter

4   registration tool. We also receive paper and electronic voter registrations from the Washington

5   State Department of Licensing and state voter registration agencies, such as the Department of

6   Social and Health Services.

7        10.    When processing voter registrations, we ensure that the form requires all

8   information necessary to determine if the applicant is eligible to vote, including a citizenship

9   attestation. If the applicant has not attested that they are a United States citizen and signed the

10  form under penalty of perjury, the person is not registered to vote. We also verify the applicant's

11  identity. This is usually done using the applicant's driver's license number, Department of

12  Licensing identification card number, or the last four digits of the applicant's social security

13  number. Through my experience as Thurston County Auditor, I have learned that there are

14  Thurston County residents who are United States citizens but do not have a driver's license or a

15  Department of Licensing identification card.

16       11.    During the 2024 calendar year, my office processed approximately 320

17  transactions, including new voter registrations and voter registration updates, involving the

18  Federal Form. In addition, it processed 7,180 transactions, including new voter registrations and

19  voter registration updates, received from state voter registration agencies (i.e., the Department

20  of Social and Health Services, Department of Licensing, the Health Care Authority, the Health

21  Benefits Exchange, and the Department of Services for the Blind).

22       12.    My office is always improving its election process to make voting more

23  accessible and secure. Currently, we have plans to make a variety of improvements. For example,

24  we are working on expanding and hardening our ballot processing center. Additionally, we

25  recently adapted our observer program to allow for greater security and transparency and worked

26  with our local transit agency to increase accessibility. Both of these efforts received national

1    attention. These projects require time and expense, and our current budget reflects these

2    priorities. Our budget does not leave room for unfunded mandates from the federal government.

3        13.    I have read and am familiar federal and state laws related to elections, including

4    the provisions of the National Voter Registration Act, the Help America Vote Act, UOCAVA,

5    and the MOVE act, etc.

6        14.    I have read Executive Order No. 14,248 and am familiar with its contents.

7        15.    I understand that the executive order requires the Election Assistance

8    Commission (EAC) to change the Federal Form to require documentary proof of United States

9    citizenship.

10        16.    I understand that the executive order also requires the EAC to change the Federal

11    Form to require that State and local election officials record on the form information about the

12    documentary proof of citizenship. I understand that the executive order limits "documentary

13    proof of citizenship" to U.S. passports, REAL ID Act-compliant identification documents that

14    indicate U.S. citizenship; military identification cards that indicate U.S. citizenship, and valid

15    federal or state government-issued photo identification that either indicates U.S. citizenship

16    or is accompanied by proof of U.S. citizenship. Recording the information identified in

17    Section 2(a)(i)(B) of the executive order will be a time-consuming process involving

18    considerable expense. This information must be recorded "on the form" and must also be entered

19    into the VoteWA database. My office will have to design quality control systems to ensure that

20    this information is recorded accurately. Based on my experience, I estimate that the time required

21    to accurately record this information is 4 minutes for each voter registration form. Election staff

22    are paid at least $35 per hour. It's difficult to estimate the time and resources required until the

23    Secretary of State's office makes the required modification to the state voter registration system

24    (VoteWA), but it's safe to say that this requirement will divert substantial time and resources

25    from other projects.

26

DECLARATION OF MARY HALL                    4            ATTORNEY GENERAL OF WASHINGTON
NO. 2:25-cv-00602-JHC                                            Complex Litigation Division
                                                                  800 5th Avenue, Suite 2000
                                                                    Seattle, WA 98104-3188
                                                                       (206) 464-7744

17.     In addition, my office will have to train all staff who process voter registration forms to understand what documents constitute "documentary proof of citizenship" and how to determine whether the document or copies of the document are authentic. This would require substantial training in authenticating documents from all states, territories, and the District of Columbia. There is limited staff that can be trained to perform this function. Undergoing the requisite training and carrying out these requirements will be very burdensome on those staff members. My office will also have to develop procedures to review transactions and ensure that staff are correctly recording the information.

18.     If voters using the Federal Form are required to present documentary proof of citizenship in person, this will substantially increase the burden on my office. Based on past experience with voter registration, I estimate that each voter registration transaction involving in-person presentation of documentary proof of citizenship will take 15 minutes. As a result, this would either cost per transaction per person at least $8.75 to implement or will divert staff time from implementing other important election-related activities.

19.     If the documentary proof of citizenship requirement is interpreted to extend to the Washington State voter registration form, this will massively increase the cost of implementation. It would be impossible for my office to comply with such a requirement within existing funding.

20.     If the documentary proof of citizenship requirement is interpreted to require that each currently registered voter show documentary proof of citizenship in order to remain registered to vote, the burden on my office would be insurmountable. There are approximately 208,927 registered voters in Thurston County. That would require that our office process documentary proof of citizenship for approximately 564 voters each business day between now and the 2026 primary election. This is simply not possible. And the reality is that the vast majority of the 208,927 voters would wait until close in time to election day, requiring the

processing of tens of thousands—or even hundreds of thousands—of voter registration updates in a day. This, too, is impossible.

21.    It is my current understanding that, in Washington, if a voter returns a Federal Form or an agency based voter registration form and attests to being a United States citizen but does not provide documentary proof of citizenship, federal and state law require that my office register that person to vote. If, however, my office were required to reject the Federal Form or agency-based voter registration form, we would need to send a mailing to the applicant explaining why we rejected the voter registration application and explaining the additional information the applicant must provide. This would require both staff time and postage, significantly increasing the cost of complying with the executive order.

22.    The executive order's requirement of documentary proof of citizenship is already causing confusion for elections administrators. Specifically, it has created uncertainty about whether people who registered using the state form will be able to vote in federal elections or whether such voters are only eligible to vote in state and local elections. If the executive order were to be interpreted to disqualify voters who registered using the state form from voting in federal elections, my office would need to plan for the possibility of holding two separate elections. This would be extremely challenging logistically and financially, result in mass confusion for voters and an expensive public education campaign, and create an enormous administrative burden on election day.

23.    The executive order's requirement for documentary proof of citizenship is also causing confusion for Thurston County voters. This confusion requires that my staff spend time explaining voting requirements to registered voters. This is time that staff would otherwise spend on other important projects, like helping to register new voters. Based on past experience, I know that communications from confused voters will increase as we get closer to election day. Our office regularly receives a large number of communications for voters on election day itself. Election day is already very busy for my office. Having to assist large numbers of voters who

DECLARATION OF MARY HALL
NO. 2:25-cv-00602-JHC

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    are confused about whether they must show documentary proof of citizenship would be

2    exceptionally disruptive to the election process.

3        24.    I am also concerned about the many confused voters who have *not* contacted my

4    office. Many citizens do not have birth certificates or marriages licenses easily accessible. We

5    would likely find ourselves coaching voters on how to obtain these documents. Many voters

6    would be denied access to voting in federal elections. Women who have changed their name due

7    to marriage, or citizens who have changed their names would face bigger hurdles if they could

8    not reconcile these changes with their birth certificate. The recording side of my office could be

9    overwhelmed with the requests for marriage licenses and where to obtain the necessary

10   supporting documentation.

11       25.    Unless there is a court order preventing the documentary proof of citizenship

12   requirement from taking effect, my office will have to prepare and distribute materials to the

13   public explaining how the documentary proof of citizenship requirement works. This effort

14   would involve preparing television, social media, radio, and print advertising, as well as a

15   mailing to all households in the county. Based on past efforts, I estimate that this would cost

16   upwards of $100,000. A countywide glossy mailer cost us about $15,000 in prior years. We

17   would need to do multiple fliers, escalating to a high turnout presidential year. This would also

18   include social media and digital advertising we would also need to mix in on the backend to

19   explain the change. Because the executive order does not provide any funding for

20   implementation, this money would have to come from existing funds that would otherwise be

21   put toward election security and voting registration efforts, among other things.

22       26.    I understand that the executive order interprets federal law to require that ballots

23   be received by election day, except for ballots from UOCAVA voters.

24       27.    I further understand that the executive order directs the United States Attorney

25   General to take "all necessary action" against States that violate this interpretation of federal law

26

and that the executive order directs the EAC to condition all available funding to States on compliance with this interpretation.

28.    My office routinely receives ballots after election day that are postmarked on or before election day. In the 2024 general election, we received 3,566 such ballots. Of these, approximately 1,400 had a postmark *before* election day, meaning that the voter did not wait until the last day to cast a ballot. Many—but not a majority—of the ballots received after election day come from military and overseas voters, who are not able to return their ballots to a secure drop box in Thurston County.

29.    My office encourages voters to return ballots to secure ballot drop boxes if they are returning the ballot within five days of the election. We make this recommendation because of the uncertainty involved with returning a ballot through the U.S. Postal Service. In light of recent service changes, there are fewer USPS distribution centers at which postmarks are applied. As a result, ballots must be transported longer distances before a postmark can be applied. This creates a risk, especially for voters in more rural areas, that ballots may not receive a postmark on the same day that they are put in the mail. Even though our office recommends returning ballots to a secure ballot drop box, we still receive a significant number of ballots after election day that are postmarked by election day.

30.    Given that many voters are dependent on USPS, the executive order's ballot receipt provision is likely to disenfranchise thousands of voters for reasons beyond their control. In addition to there being fewer USPS distribution centers at which postmarks are applied, my office has observed that USPS is slower and less reliable than in the past. A few years ago, we would receive mailings within approximately one to two days. Now, the timeframe is longer and unpredictable. Thus, even voters who mail their ballot days in advance of the election would not be guaranteed that their ballot would be received in time to be counted.

31.    An election day ballot receipt deadline is not necessary for my office to administer the elections process. No matter what the ballot receipt deadline is, vote totals will

8

not be final on election day. Under Washington law, certification of elections by the Thurston County Canvassing Board does not happen until two to three weeks after the primary or general election. During this time, voters who inadvertently forgot to sign their ballot return envelopes or whose signatures did not match the signatures on file have the opportunity to cure their signatures and have their ballots counted.

32.     In fact, an election day ballot deadline would make it *more* difficult for my office to administer the election process. For example, although we generally pick up ballots in ballot drop boxes on election night, some of our ballot drop boxes are located in flood zones. If the ballot drop boxes are flooded, we would need to coordinate with the Fire Department to ensure timely pickup.

33.     An election day ballot deadline would also result in extraordinary logistical challenges to the extent that such ballots could not be counted for federal elections but could be counted for state and local elections. This would require significant procedural changes in the administration of elections that would be incredibly time-consuming and costly to implement. It would also present challenges for ensuring accuracy, security, and privacy. For one, it's unclear how such processes could even be audited or reconciled. At the very least, it would require modifications to our pre-existing databases to ensure accurate recordkeeping.

34.     Based on my experience, an election day ballot receipt deadline is a terrible policy. It does not make elections more secure. Regardless of when the ballot is received, the postmark ensures that it was *cast* by election day. It does not result in earlier election results. Election results will not be final until certification, regardless of the ballot receipt deadline. And it does not simplify election administration. Instead, an election receipt deadline only serves to disenfranchise voters based on USPS delays beyond the voter's control and, as a result, to make the election results less reliable, as they less accurately reflect the preferences of the electorate.

35.     The prospect of criminal prosecutions of election officials who follow state law and accept timely-cast ballots received after election day is deeply chilling. I am aware that a

DECLARATION OF MARY HALL
NO. 2:25-cv-00602-JHC                    9                    ATTORNEY GENERAL OF WASHINGTON
                                                              Complex Litigation Division
                                                              800 5th Avenue, Suite 2000
                                                              Seattle, WA 98104-3188
                                                              (206) 464-7744

1    Department of Justice attorney represented to a federal court in another matter that the

2    Department of Justice could pursue criminal prosecutions related to ballot receipt deadlines. This

3    statement is reprehensible. The potential for criminal prosecution will make it more difficult to

4    hire election workers.

5        36.    My office has indirectly received funding from the Election Assistance

6    Commission and expects to receive more funding in the future. This funding is distributed

7    through the Washington Office of the Secretary of State, and Thurston County has used it for

8    purposes such as security and expansion of a new Voting Center across from our Ballot

9    Processing Center, adding security cameras inside and outside of our facility, and increasing

10   security during federal elections. The loss of this money would interfere with my office's ability

11   to make improvements to the security and accessibility of elections.

12       37.    I understand that the executive order directs the EAC to amend its Voluntary

13   Voting System Guidelines 2.0 to "provide that voting systems should not use a ballot in which

14   a vote is contained within a barcode or quick-response code in the vote counting process except

15   where necessary to accommodate individuals with disabilities, and should provide a voter-

16   verifiable paper record to prevent fraud or mistake."

17       38.    I further understand that the executive order directs the EAC to review voting

18   systems and either re-certify voting systems under the amended guidelines or rescind previous

19   certifications. The executive order requires that this occur within 180 days. I do not believe this

20   is possible, as it takes years for voting systems to go through the certification process. It is likely

21   this could not even be accomplished in time for the 2026 election.

22       39.    Thurston County Elections uses the Election Systems & Software (ES&S) EVS

23   voting system. The EAC has certified that this voting system conforms to the Voluntary Voting

24   System Guidelines Version 1.0. There are currently no voting systems that have been certified

25   to conform to the Voluntary Voting System Guidelines Version 2.0.

26

40.    Thurston County uses the ES&S EVS voting system as its accessible voting unit. An accessible voting unit is a touchscreen system primarily intended for use by persons with disabilities. However, any voter may use the accessible voting unit.

41.    Before each election, my office conducts a logic and accuracy test of the voting system. This test ensures that the voting system correctly counts ballots by creating a batch of filled-out ballots, running them through the machine, and comparing the machine's results to the ballots. Representatives of the Office of the Secretary of State, observers from political parties, and members of the public are invited to watch the logic and accuracy testing.

42.    After each election, my office conducts a post-election audit. This involves taking a sample of actual ballots cast during the election, conducting a hand count, and comparing the results of the hand count to the machine count of those ballots. The public is invited to observe this process. During the hand count, three election workers independently count the ballots. It is common that there is a discrepancy between the three hand counts. When there is a discrepancy between the hand counts, another team of three election workers conducts an independent count to resolve the discrepancy. The final result of the hand count is then compared to the count by the voting system. The voting system results consistently match the final result of the hand count, and the voting system counts the ballots in a fraction of the time required for a hand count.

43.    If a voter uses an accessible voting unit, the system prints a machine readable ballot. The voter can verify their votes, but the votes are embedded in the barcode that is read by central ballot scanners. If the EAC amends its Voluntary Voting System Guidelines in accordance with the executive order's directives, this type of voting system will not be federally certified, and we will have to purchase new ones. As a direct result of the executive order, we have already initiated discussions with our vendor about acquiring new equipment.

44.    In addition to the vote-containing barcodes on the ballots printed by the accessible voting units, all ballots contain timing marks that depict the precinct number and election ID. This code does not contain votes or identify who received the ballot. Instead, this code identifies

11

the ballot type (i.e., which local races are included for the applicable precinct) and creates a unique identifier for the ballot. These codes are also read by central ballot scanners. The executive order has already created confusion about whether these barcodes are also prohibited by the executive order.

45.     I am deeply concerned about the possibility of having to replace our voting systems. Voting systems are expensive. Replacing the ES&S voting system would cost over $550,000. In addition to the cost of replacing the voting system, my office would also have to devote extensive time and resources to training staff on how to use the new voting system.

46.     If the EAC decertifies the ES&S EVS voting system and Thurston County continues to use it, I have profound concerns about the impact on public confidence. Voter confidence has already been decreasing in recent years with increased misinformation and rhetoric. Using voting systems that have been decertified by the federal government will only further decrease public confidence and undermine my office's efforts to build trust in the election process.

47.     Alternatively, if my office instead opts to count all ballots by hand, the time and expense will be massive. It is very difficult to hand count multiple races on a ballot. It would also be very logistically difficult to hand count federal elections but use our voting systems to count state and local elections. Because audits consistently confirm that the voting systems accurately count ballots, hand counting ballots will not in any way improve the quality of election results.

48.     Thurston County Elections has received federal funding. These are grants passed through the EAC to the Secretary of State who distributes these to Washington counties. These are used to purchase election equipment, increase security, and other election needs.

49.     I know from my experience in elections administration that it takes a very long time to modify procedures when there are changes. There are many details involved, and quick

DECLARATION OF MARY HALL
NO. 2:25-cv-00602-JHC                    12                  ATTORNEY GENERAL OF WASHINGTON
                                                                Complex Litigation Division
                                                                800 5th Avenue, Suite 2000
                                                                Seattle, WA 98104-3188
                                                                (206) 464-7744

1   changes are not easy or practical. I have serious concerns about how we would be able to

2   implement the executive order while ensuring the integrity of the process and public trust.

3

4       I declare under penalty of perjury under the laws of the State of Washington and the

5   United States of America that the foregoing is true and correct.

6       DATED this 21st day of May 2025.

7

8       _____

9       MARY HALL
        Thurston County Auditor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF MARY HALL                    13          ATTORNEY GENERAL OF WASHINGTON
NO. 2:25-cv-00602-JHC                                        Complex Litigation Division
                                                              800 5th Avenue, Suite 2000
                                                              Seattle, WA 98104-3188
                                                                  (206) 464-7744