The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00602-JHC |
| Plaintiffs, | DECLARATION OF CARLA REYES |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| Defendants. | |

I, CARLA REYES, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Assistant Secretary for Economic Services Administration at the Washington State Department of Social and Health Services (DSHS). I have held this position since February 2025. In this role, I oversee our Policy and Operations of the Community Services Division (CSD) staff who provide voter registration assistance to customers they serve. I am familiar with the policy and procedures that govern manual and automatic voter registration assistance processes within the CSD.

DECLARATION OF CARLA REYES
NO. 2:25-cv-00602-JHC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3.	Washington Department of Social and Health Services is a designated Voter Registration Assistance Agency through the National Voter Registration Act of 1993. DSHS has also provided the opportunity for Automatic Voter Registration since 2018 for customers who have provided proof of their U.S. Citizenship as part of their request for assistance.

4.	I am submitting this declaration in support of the Plaintiffs' Motion for Partial Summary Judgment filed in response to Executive Order No. 14248, "Preserving and Protecting the Integrity of American Elections." I understand that Section 2(a) requires the Election Assistance Commission (EAC) to change the national mail voter registration form (Federal Form) to require documentary proof of United States citizenship.

5.	I understand that the National Voter Registration Act requires state voter registration agencies to provide clients with the Federal Form or "the office's own form that is equivalent to" the Federal Form. I further understand that the Ninth Circuit Court of Appeals has interpreted this to mean that the agency form must be "virtually identical" to the Federal Form.

6.	CSD offers customers a meaningful opportunity to register to vote or update their voter registration at every application for benefits, benefit eligibility review, recertification and change of address.

7.	CSD administers federal and state public assistance programs such as Temporary Assistance for Needy Families and the Supplemental Nutrition Assistance Program. In the State Fiscal Year 2024, for instance, CSD processed 840,178 applications for benefits, and approved 391,725 recertifications for food, cash and medical assistance. These 1,231,906 case actions provided opportunity to receive voter registration assistance.

8.	Within CSD there are several opportunities for financial and social workers to assist customers with voter registration.

9.	Customers who access the Washington Connection online portal are asked if they would like to register to vote. If they respond affirmatively, they are provided with a link to the Secretary of State website.

DECLARATION OF CARLA REYES
NO. 2:25-cv-00602-JHC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

10. CSD staff conducting in-person interviews follow prompts within Barcode, CSD's system for maintaining customer records, to ask if a customer would like assistance with voter registration. If they answer in the affirmative, they are provided a copy of the Secretary of State voter registration form. They may complete the form during the interview and give it to the CSD staff person to transmit on their behalf to the Secretary of State. The Secretary of State processes the voter registration activities.

11. CSD staff conducting telephonic interviews follow prompts within the Barcode system to ask if a customer would like assistance with voter registration. If they answer in the affirmative, a copy of the Secretary of State voter registration form is mailed to them via U.S. mail. The customer may complete the form and send it back to the Secretary of State for processing.

12. When a customer submits an Application for Medicare Savings Programs, Application for Cash or Food Assistance, Eligibility Review, Washington State Combined Application Program (WASHCAP) application, Washington Apple Health Application for Aged, Blind, Disabled/Long-Term Care Coverage or a Washington Apple Health Application for Tailored Supports for Older Adults (TSOA), Barcode will check coding in the Automated Client Eligibility System (ACES) to identify customers who are coded as at least 18 years of age, verified as U.S. citizens and legal residents of Washington state. When all three elements are present, data including the name, residential and mailing addresses, date of birth, image of the signature, U.S. Citizenship and Washington Residency data fields are transmitted to the Secretary of State electronically. The Secretary of State uses this data to process voter registration activities.

13. CSD can send a voter registration form by U.S. mail upon request.

14. If the voter registration form is changed, DSHS will need to submit a change request to replace the forms currently housed in ACES and Barcode so that the proper form

DECLARATION OF CARLA REYES
NO. 2:25-cv-00602-JHC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

would be provided to the customer. If the new voter registration form meets DSHS formatting and layout requirements, we anticipate ACES and Barcode changes could take nine to twelve months to promote after policy and procedures are finalized.

15. If CSD staff are required to assist all customers who elect to complete voter registration activities, including obtaining documentary evidence of citizenship, there will be impacts on staff workload, staff policies, procedures, forms, and Barcode system workflow prompts. We estimate that it may take an additional 5 minutes to complete this process for each transaction for which a customer wants assistance to register to vote. If we processed 1,231,906 application and redetermination actions that could equate to 89.5 full time equivalent positions and $10.9 million in additional costs. Further, this change means we may need to discontinue the automatic voter registration process currently in place.

16. It is likely that the documentary evidence required for voter registration will not align with the citizenship verification processes currently in place to determine eligibility for public assistance benefits. Since the customer is unlikely to have the documentary evidence with them at the point of interview, we would be unable to help them complete voter registration activities at that time. They would either have to schedule a return interview time or follow up directly with the Secretary of State. Since this process does not currently exist, we estimate the work to accomplish this would be equivalent to processing a change of circumstance. It takes 27 minutes to process a change of circumstance. If we were to have a 10% follow-up rate based on the number of actions processed, that would equate to 48.3 full-time equivalent positions and $5.9 million in additional costs.

17. These changes would also require revision of our manuals, training materials, online training systems, voter registration information, links, etc. The time to train 1,925 staff would equate to $239,000 in additional costs.

DECLARATION OF CARLA REYES
NO. 2:25-cv-00602-JHC

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

18. Since the documentary evidence would need to be transmitted to Secretary of State, we would need to invest in technology infrastructure to securely transmit the documents to the Secretary of State.

19. The above estimates are necessarily uncertain. The specific details in the implementation regulations are currently unknown, inhibiting the ability to create design-specific changes to these processes and online tools. Nonetheless, when documentary proof of citizenship is required on the Federal Form, it is certain that there will be expenses associated with implementing those changes, whether those expenses are borne by the Secretary of State or DSHS.

20. In sum, changing the voter registration process to align to new federal requirements will be time-consuming and costly.

21. This information relates only to the Economic Services Administration of the DSHS. Other DSHS administrations also offer voter registration assistance services.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _20__ day of May 2025.

_____
CARLA REYES