1

2

3                                                    The Honorable John H. Chun

4

5

6                    **UNITED STATES DISTRICT COURT**

7                   **WESTERN DISTRICT OF WASHINGTON**
                              **AT SEATTLE**

8

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00602 |
| Plaintiffs, | UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL ELECTIONS OFFICIALS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants. | |
| | Noting Date: June 5, 2025 |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Proposed *Amici Curiae* Local Elections Officials move for leave to file an amicus brief in support of Plaintiffs' motion for partial summary judgment. In furtherance of the motion, Proposed *Amici* state as follows:

1.      Proposed *Amici* are local governments and local government officials representing 33 jurisdictions.

2.      They support Plaintiffs because they will also be harmed by the Executive Order that is the subject of Plaintiffs' lawsuit.

3.      This Court "ha[s] broad discretion to admit amicus briefing [ . . . ] to assist a case of general public interest." *Sec. & Exch. Comm'n v. Bittrex Inc.,* No. 2:23-CV-00580-RSM, 2023 WL 4866373, at *1 (W.D. Wash. July 31, 2023) (granting leave to file where brief provides "assistance in framing the facts and law of this case").

4.      The proposed brief will assist the Court in its consideration of the pending motion, because local elections officials face immediate harms from the Executive Order that overlap with, yet are distinct from, the harms individuals, organizations, and states must confront.

5.      The Executive Order would impose significant administrative burdens on Proposed *Amici* Local Elections Officials. If implemented, local election officials nationwide would be required to unlawfully and drastically amend their existing voter registration procedures and election administration procedures in violation of the U.S. Constitution and federal statutes.

6.      The Executive Order's directed changes to election administration would exacerbate Proposed *Amici*'s existing tremendous budget and staffing constraints. Its attempt to amend the existing federal voter registration forms to require documentary proof of citizenship is not only impractical but would further burden Proposed *Amici*'s efforts to register voters. The

BRIEF OF *AMICI CURIAE* LOCAL
ELECTIONS OFFICIALS
NO. 2:25-CV-00602

1

**BRADLEY BERNSTEIN SANDS LLP**
2800 FIRST AVENUE, SUITE 326
SEATTLE, WA  98121
206.337.6551

Executive Order also seeks to unlawfully override existing state law determining ballot receipt deadlines and replacing existing federal guidelines on voting systems. The Executive Order thus creates an unprecedented amount of chaos and administrative hurdles that will ultimately make voting more difficult for all citizens.

7.    Counsel for proposed *amici* have conferred with counsel for the parties. Plaintiffs and Defendants both consent to the request for leave to file.

8.    A true and correct copy of the proposed brief has been submitted with this motion.

<u>**CONCLUSION**</u>

For the foregoing reasons, Proposed *Amici* Local Elections Officials respectfully request the Court grant the motion for leave to file the attached brief.

Respectfully submitted,

*/s/ Heidi B. Bradley*
Heidi B. Bradley, WSBA No. 35759
BRADLEY BERNSTEIN SANDS LLP
2800 First Avenue, Suite 326
Seattle, WA 98121
206-337 6551
hbradley@bradleybernstein.com

Michael Adame*
Shannon Eddy*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Phone: (510) 738-6788
michael@publicrightsproject.org
shannon@publicrightsproject.org

*\* Pro hac vice forthcoming*

*Counsel for Amici Curiae*

Dated: June 5, 2025

BRIEF OF *AMICI CURIAE* LOCAL
ELECTIONS OFFICIALS
NO. 2:25-CV-00602

2