UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants. | NO. 2:25-cv-00602<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* LOCAL ELECTIONS OFFICIALS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

### ORDER GRANTING UNOPPOSED MOTION OF *AMICI* LOCAL ELECTIONS OFFICIALS FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Before the Court is the unopposed motion of local elections officials for leave to file a brief as amicus curiae in support of Plaintiffs' Motion for Partial Summary Judgment. Dkt. # 51. Good cause appearing therefore, the motion is GRANTED.

SO ORDERED.

1   Dated this 6th day of June, 2025.

4   _____
    **JOHN H. CHUN**
    **UNITED STATES DISTRICT JUDGE**