UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>              *Plaintiffs*,<br>   v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>              *Defendants*. | Case No. 2:25-cv-602-JHC |

## ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' CROSS MOTION AND CONTINUING DEADLINES

Pursuant to the parties' stipulated motion requesting the Court enter the parties' proposed briefing schedule on Plaintiffs' motion for summary judgment and Defendants' cross motion, Dkt. # 54, the Court sets forth the following deadlines:

1. Defendants' combined response to Plaintiffs' motion for partial summary judgment (Dkt. # 37) and dispositive motion is due July 7, 2025.

2. Plaintiffs' combined response to Defendants' motion and reply brief is due August 6, 2025.

3. Defendants' reply is due August 20, 2025.

4. Any amicus briefs are due by July 21, 2025.

The Court DIRECTS the Clerk to re-note the motion at Dkt. # 37 for August 6, 2025.

Further, the Court continues the deadlines for holding a Rule 26(f) conference, exchanging initial disclosures pursuant to Rule 26(a)(1), and submitting a joint status report and discovery plan as required by Rule 26(f) until after resolution of Plaintiffs' motion for partial summary judgment and Defendants' cross motion.

Dated: June 9, 2025

*John H. Chun*
John H. Chun
United States District Judge