UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>     *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>     *Defendants*. | Case No. 2:25-cv-602-JHC<br>NOTE ON MOTION CALENDAR:<br>July 3, 2025 |

## **DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF**

According to the parties' stipulated briefing schedule, Defendants' combined response to Plaintiffs' motion for partial summary judgment and dispositive motion is due July 7, 2025. Local Civil Rule 7(e)(3) provides that Defendants' brief shall not exceed 8,400 words. Because Defendants' brief includes their response to Plaintiffs' motion as well as their own motion, Defendants' request that the Court grant them leave to file a brief of 12,600 words or less. Plaintiffs do not oppose this motion.

Dated: July 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ *Bridget K. O'Hickey*
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue,
NW Washington, DC 20530
(202) 353-8679
Bridget.K.O'Hickey@usdoj.gov

*Attorneys for Defendants*