UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>     *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>     *Defendants*. | Case No. 2:25-cv-602-JHC |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF

  Before the Court is Defendants' motion for leave to file an over-length brief. Dkt. # 60. The motion is unopposed. Because Defendants' brief includes both a response to a motion and a motion, the Court grants them leave to file a brief of 12,600 words or less.

Dated: July 3, 2025

                             */s/ John H. Chun*
                             John H. Chun
                             United States District Judge