UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>     *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>     *Defendants*. | Case No. 2:25-cv-602-JHC<br>NOTE ON MOTION CALENDAR:<br>July 4, 2025 |

**DEFENDANTS' CONSENTED MOTION FOR SEVEN-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO MOVE TO DISMISS**

  According to the parties' stipulated briefing schedule, Defendants' combined response to Plaintiffs' motion for partial summary judgment and dispositive motion is due Monday, July 7, 2025. Due to the undersigned's schedule in other matters—including an unexpected filing deadline in advance of a July 7, 2025 hearing and a hearing on July 7, 2025—Defendants request a short, seven-day extension to their deadline to respond to Plaintiffs' Motion for Partial Summary Judgment and to file a Motion to Dismiss (i.e., from July 7 to July 14). The extension does not prejudice Plaintiffs, who consent to this Motion for Extension. The parties have further agreed to extend the remaining deadlines, except the amicus brief filing deadline, by seven days.

  The updated agreed deadlines are as follows:

1.  Defendants' combined response to Plaintiffs' motion for partial summary judgment (ECF No. 37) and dispositive motion is due July 14, 2025.

2.  Plaintiffs' combined response to Defendants' motion and reply brief is due August 13, 2025.

3. Defendants' reply is due August 27, 2025.

4. Any amicus briefs are due by July 21, 2025.


Dated: July 4, 2025                                         Respectfully submitted,

                                                            BRETT A. SHUMATE
                                                            Assistant Attorney General

                                                            ERIC J. HAMILTON
                                                            Deputy Assistant Attorney General
                                                            Civil Division, Federal Programs Branch

                                                            /s/ *Bridget K. O'Hickey*
                                                            BRIDGET K. O'HICKEY
                                                            Counsel to the Assistant Attorney General
                                                            U.S. Department of Justice, Civil Division
                                                            950 Pennsylvania Avenue,
                                                            NW Washington, DC 20530
                                                            (202) 353-8679
                                                            Bridget.K.O'Hickey@usdoj.gov

                                                            *Attorneys for Defendants*