UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>    *Defendants*. | Case No. 2:25-cv-602-JHC<br>NOTE ON MOTION CALENDAR:<br>July 4, 2025 |

### ORDER GRANTING DEFENDANTS' CONSENTED MOTION FOR SEVEN-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO MOVE TO DISMISS

For good cause shown, and because Plaintiffs consent, this Court hereby GRANTS Defendants' Motion for Seven-Day Extension of Time to Respond to Plaintiffs' Motion for Partial Summary Judgment and to Move to Dismiss, Dkt. # 62.  It is hereby ORDERED that Defendants shall respond to Plaintiffs' Motion for Partial Summary Judgment and file their Motion to Dismiss on or before July 14, 2025, and that the briefing schedule shall be amended as follows:

1. Defendants' combined response to Plaintiffs' motion for partial summary judgment (Dkt. # 37) and dispositive motion is due July 14, 2025.

2. Plaintiffs' combined response to Defendants' motion and reply brief is due August 13, 2025.

3. Defendants' reply is due August 27, 2025.

4. Any amicus briefs are due by July 21, 2025.

2

The Court re-notes the motion at Dkt. # 37 for August 13, 2025.

IT IS SO ORDERED.

Dated: July 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge