**THE HONORABLE JOHN H. CHUN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as United States Secretary of Homeland Security; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; DEPARTMENT OF GOVERNMENT EFFICIENCY SERVICE; AMY GLEASON, in her official capacity as Acting DOGE Administrator; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; BRIANNA SCHLETZ, in her official capacity as executive director of the U.S. Election | CASE NO. 2:25-cv-00602-JHC<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE - 1
CASE NO. 2:25-cv-00602-JHC

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

|   |   |
|---|---|
| 1 | Assistance Commission; FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in his official capacity as Senior Official Performing the Duties of Federal emergency Management Agency Administrator, |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 | Defendants. |

**TO:** THE CLERK OF THE COURT;

**AND TO:** ALL COUNSEL OF RECORD.

Please take notice that the undersigned attorneys hereby enter their appearance as counsel of record for amici parties Senator Chuck Hagel, Representative James Greenwood, and Representative Chris Shays ("Amici Parties") in the above captioned action. It is respectfully requested that all further notices, correspondence, filings, pleadings, orders, and other documents, be served upon the undersigned as counsel of record for Amici Parties.

RESPECTFULLY SUBMITTED this July 18, 2025.

NOTICE OF APPEARANCE - 2
CASE NO. 2:25-cv-00602-JHC

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104
(huck@goldfarb-huck.com)

*/s/ Kit W. Roth*
Kit W. Roth, WSBA No. 33059
(roth@goldfarb-huck.com)

*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400
(riojas@goldfarb-huck.com)

*/s/ Kimberlee L. Gunning*
Kimberlee L. Gunning, WSBA No. 35366
(gunning@goldfarb-huck.com)

925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Telephone: (206) 452-0260


**PROTECT DEMOCRACY PROJECT**

*/s/ Beau C. Tremitiere*
Beau C. Tremitiere, *Pro Hac Vice Forthcoming*
(beau.tremitiere@protectdemocracy.org)

*/s/ Lauren E. Groth*
Lauren E. Groth, *Pro Hac Vice Forthcoming*
(lauren.groth@protectdemocracy.org)

300 Center Dr, Suite G-251
Superior, Colorado 80027
Telephone: (202) 579-4582

*Attorneys for Senator Chuck Hagel, Representative James Greenwood, and Representative Christopher Shays*

NOTICE OF APPEARANCE - 3
CASE NO. 2:25-cv-00602-JHC

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on July 18, 2025 and was served via the Court's CM/ECF system on all counsel of record.

DATED this July 18, 2025.

/s/ R. Omar Riojas
R. Omar Riojas, WSBA No. 35400
NOTICE OF APPEARANCE - 4
CASE NO. 2:25-cv-00602-JHC

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260