UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as United States Secretary of Homeland Security; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; DEPARTMENT OF GOVERNMENT EFFICIENCY SERVICE; AMY GLEASON, in her official capacity as Acting DOGE Administrator; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; BRIANNA SCHLETZ, in her official capacity as executive director of the U.S. Election | CASE NO. 2:25-cv-00602-JHC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE** *AMICUS* **BRIEF OF FORMER REPUBLICAN MEMBERS OF CONGRESS IN SUPPORT OF WASHINGTON AND OREGON** |

ORDER GRANTING UNOPPOSED
MOTION FOR LEAVE TO FILE AMICUS
BRIEF - 1
CASE NO. 2:25-cv-00602-JHC

Assistance Commission; FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in his official capacity as Senior Official Performing the Duties of Federal emergency Management Agency Administrator,

   Defendants.

Before the Court is the unopposed motion for leave to file *amicus* brief of former Republican members of Congress in support of Washington and Oregon. Dkt. # 66. Good cause appearing therefore, the motion is GRANTED.

SO ORDERED.

DATED this July 18th, 2025.

*John H. Chun*
**JUDGE JOHN H. CHUN**