1

2

3

4

5

6

7                                                                    The Honorable John H. Chun

8

9

10

11                    **UNITED STATES DISTRICT COURT**
                   **WESTERN DISTRICT OF WASHINGTON**
12                              **AT SEATTLE**

13   STATE OF WASHINGTON, *et al.*,              No. 2:25-cv-00602-JHC

14                   *Plaintiffs*,              CORPORATE DISCLOSURE
                                                STATEMENT OF PROPOSED *AMICUS*
15         v.                                   *CURIAE* THE REPUBLICAN PARTY OF
                                                ARIZONA
16   DONALD TRUMP, *et al.*,

17                   *Defendants*.

18

19         Pursuant to Fed. R. Civ. P. 7.1 and Local Rules W.D. Wash. LCR 7.1(a), The Republican

20   Party of Arizona, LLC states that it is an Arizona limited liability company, it has no parent

21   corporation, no publicly held corporation owns 10% or more of its stock, and its sole member is

22   the Republican Party of Arizona, an unincorporated organization.

23

24

25

26

27   CORPORATE DISCLOSURE
     STATEMENT OF PROPOSED
     *AMICUS CURIAE* THE
     REPUBLICAN PARTY OF                    –1–            ROBERT MCGUIRE LAW FIRM
     ARIZONA                                              600 1st Ave. Ste. 330 PMB 86685
                                                               Seattle, WA  98104
                                                             Tel/Fax: 253-267-8530

     No. 2:25-cv-00602-JHC

1

Respectfully submitted this 21st day of July, 2025.

2

3                                                          **STATECRAFT PLLC**

4                                              By: *s/ Thomas Basile*
                                                       Thomas Basile (*pro hac vice* forthcoming)
5                                                      E-mail:    tom@statecraftlaw.com

6                                              By: *s/ Kory Langhofer*
                                                       Kory Langhofer (*pro hac vice* forthcoming)
7                                                      E-mail:    kory@statecraftlaw.com

8
                                                       649 North Fourth Avenue, First Floor
9                                                      Phoenix, AZ 85003
                                                       Telephone: (602) 362-0036
10

11                                             *Attorneys for Proposed Amici REPUBLICAN*
                                               *PARTY OF ARIZONA and RITE PAC*
12

13                                             **ROBERT MCGUIRE LAW FIRM**

14                                             By: *s/ Robert A. McGuire, III*
                                                       Robert A. McGuire, III, WSBA #50649
15

16                                                     600 1st Ave. Ste. 330 PMB 86685
                                                       Seattle, WA 98104
17                                                     Tel/Fax: (253) 267-8530
                                                       E-mail:    ram@lawram.com
18

19                                             *W.D. Wa. Local Counsel for Proposed Amici*
                                               *REPUBLICAN PARTY OF ARIZONA and RITE*
20                                             *PAC*

21

22

23

24

25

26

27      CORPORATE DISCLOSURE
        STATEMENT OF PROPOSED
        *AMICUS CURIAE* THE                            –2–                ROBERT MCGUIRE LAW FIRM
        REPUBLICAN PARTY OF                                              600 1st Ave. Ste. 330 PMB 86685
        ARIZONA                                                             Seattle, WA  98104
                                                                           Tel/Fax: 253-267-8530

        No. 2:25-cv-00602-JHC

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on July 18, 2025, and was served via the Court's CM/ECF system on all counsel of record:

DATED: July 21, 2025

/s/ Robert A. McGuire, III
Robert A. McGuire, III, WSBA #50649

CORPORATE DISCLOSURE
STATEMENT OF PROPOSED
*AMICUS CURIAE* THE
REPUBLICAN PARTY OF
ARIZONA

–3–

ROBERT MCGUIRE LAW FIRM
600 1st Ave. Ste. 330 PMB 86685
Seattle, WA  98104
Tel/Fax: 253-267-8530

No. 2:25-cv-00602-JHC