The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>*Defendants*. | No. 2:25-cv-00602-JHC<br><br>CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICUS CURIAE* RITE PAC |

    Pursuant to Fed. R. Civ. P. 7.1 and Local Rules W.D. Wash. LCR 7.1(a), RITE PAC states that it is an unincorporated organization that is tax-exempt pursuant to section 527 of the Internal Revenue Code of 1986, it has no parent corporation, no publicly held corporation owns 10% or more of its stock, and there is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

CORPORATE DISCLOSURE
STATEMENT OF PROPOSED
*AMICUS CURIAE* RITE PAC

No. 2:25-cv-00602-JHC

–1–

ROBERT MCGUIRE LAW FIRM
600 1st Ave. Ste. 330 PMB 86685
Seattle, WA  98104
Tel/Fax: 253-267-8530

Respectfully submitted this 21st day of July, 2025.

**STATECRAFT PLLC**

By: *s/ Thomas Basile*
   Thomas Basile (*pro hac vice* forthcoming)
   E-mail:   tom@statecraftlaw.com

By: *s/ Kory Langhofer*
   Kory Langhofer (*pro hac vice* forthcoming)
   E-mail:   kory@statecraftlaw.com

   649 North Fourth Avenue, First Floor
   Phoenix, AZ 85003
   Telephone: (602) 362-0036

*Attorneys for Proposed Amici REPUBLICAN PARTY OF ARIZONA and RITE PAC*

**ROBERT MCGUIRE LAW FIRM**

By: *s/ Robert A. McGuire, III*
   Robert A. McGuire, III, WSBA #50649

   600 1st Ave. Ste. 330 PMB 86685
   Seattle, WA 98104
   Tel/Fax: (253) 267-8530
   E-mail:   ram@lawram.com

*W.D. Wa. Local Counsel for Proposed Amici REPUBLICAN PARTY OF ARIZONA and RITE PAC*

CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICUS CURIAE* RITE PAC

No. 2:25-cv-00602-JHC

–2–

ROBERT MCGUIRE LAW FIRM
600 1st Ave. Ste. 330 PMB 86685
Seattle, WA 98104
Tel/Fax: 253-267-8530

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on July 18, 2025, and was served via the Court's CM/ECF system on all counsel of record:

DATED: July 21, 2025

/s/ Robert A. McGuire, III
Robert A. McGuire, III, WSBA #50649

CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICUS CURIAE* RITE PAC

–3–

No. 2:25-cv-00602-JHC

ROBERT MCGUIRE LAW FIRM
600 1st Ave. Ste. 330 PMB 86685
Seattle, WA 98104
Tel/Fax: 253-267-8530