# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>*Defendants*. | No. 2:25-cv-00602-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION OF THE REPUBLICAN PARTY OF ARIZONA AND RITE PAC FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* |

Before the Court is the Unopposed Motion of The Republican Party of Arizona and RITE PAC For Leave To File A Brief As *Amici Curiae*. Dkt. # 73. Good cause appearing, the motion is GRANTED.

IT IS SO ORDERED.

DATED this 21st day of July, 2025.

_____
Judge John H. Chun

ORDER GRANTING UNOPPOSED MOTION OF THE REPUBLICAN PARTY OF ARIZONA AND RITE PAC FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE*

No. 2:25-cv-00602-JHC

–1–