UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as United States Secretary of Homeland Security; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; DEPARTMENT OF GOVERNMENT EFFICIENCY SERVICE; AMY GLEASON, in her official capacity as Acting DOGE Administrator; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; BRIANNA SCHLETZ, in her official capacity as executive director of the U.S. Election Assistance Commission; | Case No. 2:25-cv-00602-JHC<br><br>MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGEMENT (ECF NO. 37) |

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER    - 1
STATE SECRETARIES OF STATE IN SUPPORT OF PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGEMENT (ECF NO. 37)

FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in his official capacity as Senior Official Performing the Duties of Federal Emergency Management Agency Administrator,

Defendants.

## I. INTRODUCTION

Proposed *Amici* move for leave to file the attached amicus brief in support of Plaintiffs' Motion for Partial Summary Judgment (ECF 37) (the "Motion"), and state as follows:

Proposed *Amici* are a bipartisan group of former state secretaries of state from Colorado, Connecticut, Minnesota, Pennsylvania, Washington, and West Virginia. As the former chief election administrators in their respective states, they are uniquely familiar with states' crucial role in regulating and administering federal elections. The Proposed *Amici* should be granted leave to file the accompanying brief because of their unique insight into the states' role in administering elections, which addresses a matter central to this challenge and is offered from a perspective that is not otherwise provided by the parties.

No party's counsel has authored this brief in whole or in part and no person or entity, other than Proposed Amici or their counsel, has made a monetary contribution to the preparation or submission of this brief.

## II. IDENTITY AND INTEREST OF AMICI CURIAE

Whether to allow amicus briefing is within this Court's "broad discretion[.]" *Sec. & Exch. Comm'n v. Bittrex Inc.*, No. 2:23-CV-00580-RSM, 2023 WL 4866373, at *1 (W.D. Wash. July 31, 2023) (granting leave to file where brief provides "assistance in framing the facts and law of this case"). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate,*

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER - 2
STATE SECRETARIES OF STATE IN SUPPORT OF PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGEMENT (ECF NO. 37)

129691745.3 0099880-00000

STOEL RIVES LLP
ATTORNEYS
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
Telephone 503.224.3380

*LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003)). The "classic role" of amicus curiae is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

### III.  REASONS WHY MOTION SHOULD BE GRANTED

The Court should exercise its discretion to permit *Amici* to file the attached amicus brief. Counsel for *Amici* are familiar with the scope of the arguments presented by the parties and will not unduly repeat those arguments. Instead, the proposed brief, informed by Proposed *Amici's* expertise and direct experience faithfully overseeing elections, will assist the Court in its consideration of the Motion by shedding additional light on the states' pivotal role in enacting and executing election laws. The brief proceeds by arguing that, pursuant to the Elections and Electors Clauses, states play an irreplaceable role in election regulation and administration. The brief then analyzes caselaw that reaffirms that the President has no standalone role in regulating elections. It finally argues that to the extent the Executive Order attempts to draw power from federal laws enacted by Congress, none of the laws at issue have displaced states' traditional role in elections. As bipartisan former officials from states that both elect and appoint secretaries of state, Proposed *Amici* have a diverse range of perspectives. Proposed *Amici* also share a common commitment to ensuring that elections are free and fair and support the Motion.

As the United States District Court for the District of Columbia concluded in granting an overlapping group of Amici leave to file a similar amicus brief in litigation challenging the same Executive Order, "[a]s former state election officials, [A]mici offer a unique perspective not presented by the parties. And their proposed brief is relevant and helpful." Minute Order, *League of United Latin American Citizens, et al. v. Executive office of the President, et al.*, No. 25-946, (April 24, 2025) ("LULAC").

//

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER - 3
STATE SECRETARIES OF STATE IN SUPPORT OF PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGEMENT (ECF NO. 37)

129691745.3 0099880-00000

**STOEL RIVES** LLP
ATTORNEYS
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
*Telephone 503.224.3380*

Counsel for Proposed *Amici* have conferred with counsel for the parties. This motion is unopposed by Plaintiffs and opposed by Defendants.

## IV.  CONCLUSION

For these reasons, Proposed *Amici* respectfully requests that the Court grant it leave to file the amicus brief attached as Exhibit A.

DATED:  July 21, 2025

STOEL RIVES LLP

*/s/ Jeremy D. Sacks*
JEREMY D. SACKS, Bar No. 37309
jeremy.sacks@stoel.com
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON

Donald K. Sherman (*pro hac vice* forthcoming)
dsherman@citizensforethics.org
John B. Hill (*pro hac vice* forthcoming)
jhill@citizensforethics.org
Kalyn Mizelle McDaniel (*pro hac vice* forthcoming)
kmcdaniel@citizensforethics.org
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565

Attorneys for Bipartisan Former State Secretaries of State

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGEMENT (ECF NO. 37) - 4

129691745.3 0099880-00000

**STOEL RIVES LLP**
ATTORNEYS
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
*Telephone 503.224.3380*