UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as United States Secretary of Homeland Security; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; DEPARTMENT OF GOVERNMENT EFFICIENCY SERVICE; AMY GLEASON, in her official capacity as Acting DOGE Administrator; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; BRIANNA SCHLETZ, in her official capacity as executive director of the U.S. Election Assistance Commission; FEDERAL EMERGENCY MANAGEMENT | Case No. 2:25-cv-00602-JHC<br><br>MOTION FOR LEAVE TO FILE OVERLENGH BRIEF BY BIPARTISAN FORMER STATE SECRETARIES OF STATE<br><br>EXPEDITED CONSIDERATION REQUESTED |

MOTION FOR LEAVE TO FILE OVERLENGH BRIEF BY BIPARTISAN - 1
FORMER STATE SECRETARIES OF STATE

129696192.1 0099880-00000

STOEL RIVES LLP
ATTORNEYS
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
*Telephone 503.224.3380*

| | |
|---|---|
| 1 | AGENCY; CAMERON HAMILTON, in his official capacity as Senior Official Performing the Duties of Federal Emergency Management Agency Administrator, |
| 2 | |
| 3 | |
| 4 | Defendants. |

COMES NOW Proposed *Amici* and hereby move this Court for an order to allow it to file an overlength amicus brief in support of Plaintiffs' Motion for Partial Summary Judgment (ECF 37) (the "Motion").

The proposed amicus brief is 8,889 words, including footnotes and endnotes. Local Rule 7(e)(3) provides that briefs shall not exceed 8,400 words. The Proposed Amici request an additional allowance of 489 words.

This request is due to the complexity of the subject matter before the Court.

For these reasons, Proposed *Amici* respectfully requests that the Court grant it leave to file an overlength brief.

DATED:  July 21, 2025

STOEL RIVES LLP

*/s/ Jeremy D. Sacks*
JEREMY D. SACKS, Bar No. 37309
jeremy.sacks@stoel.com
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON

Donald K. Sherman (*pro hac vice* forthcoming)
dsherman@citizensforethics.org
John B. Hill (*pro hac vice* forthcoming)
jhill@citizensforethics.org
Kalyn Mizelle McDaniel (*pro hac vice* forthcoming)
kmcdaniel@citizensforethics.org
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565

Attorneys for Bipartisan Former State Secretaries of State

MOTION FOR LEAVE TO FILE OVERLENGH BRIEF BY BIPARTISAN - 2
FORMER STATE SECRETARIES OF STATE

STOEL RIVES LLP
ATTORNEYS
760 SW Ninth Avenue, Suite 3000, Portland, OR  97205
*Telephone 503.224.3380*

129696192.1 0099880-00000