UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | NO. 2:25-cv-00602-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE BRENNAN CENTER FOR JUSTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

Before the Court is the unopposed motion of the Brennan Center for Justice for leave to file a brief as *amicus curiae* in support of Plaintiffs' Motion for Partial Summary Judgment. Dkt. # 82. Good cause appearing therefore, the motion is GRANTED.

DATED this 22nd day of July, 2025.

_____
John H. Chun
U.S. District Judge

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF OF AMICUS CURIAE BRENNAN CENTER
FOR JUSTICE - 1