UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and, STATE OF OREGON,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DONALD TRUMP, et. al.,<br><br>　　　　　　　　Defendants. | NO. 2:25-cv-00602-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE NATIONAL VOTE AT HOME INSTITUTE IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

　　　Before the Court is the unopposed motion of the National Vote at Home Institute for leave to file a brief as amicus curiae in support of Plaintiff's Motion for Partial Summary Judgment. Dkt. # 84. Good cause appearing therefore, the motion is GRANTED.

　　　Dated this 22nd day of July, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　United States District Judge