Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and, STATE OF OREGON,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>DONALD TRUMP, et. al.,<br><br>                    Defendants. | No. 2:25-cv-00602-JHC<br><br>BRIEF OF AMICUS CURIAE NATIONAL VOTE AT HOME INSTITUTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

AMICUS BRIEF OF NVAHI
Page 1

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

**TABLE OF CONTENTS**

I.   STATEMENT OF INTEREST ....................................................................................... 3

II.  SECTION 7(A) OF THE EO WOULD DISENFRANCHISE VOTERS ................... 3

    A.   Mail Ballots Are Secure and Convenient Way to Vote ............................................. 4

    B.   An Election Day Received-by Deadline Would Increase Disenfranchisement ........ 8

III. CONCLUSION ............................................................................................................... 11

AMICUS BRIEF OF NVAHI
Page 2

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

# TABLE OF AUTHORITIES

## STATUTES

50 U.S.C. §§ 301-303 (repealed) ---------------------------------------------------------------- 4

52 U.S.C. §§ 20301-20311 -------------------------------------------------------------------- 4

ORS 254.470(6)(e). ------------------------------------------------------------------------- 9

RCW 29A.40.110. -------------------------------------------------------------------------- 8

RCW 29A.40.170(2) ------------------------------------------------------------------------ 9

## OTHER REFERENCES

Coleman, Kevin J., Cong. R. Serv. *The Uniformed and Overseas Citizens Absentee Voting Act: Overview and Issues*, (CRS Report No. RS20764), Oct. 16, 2016, 1. -------------------- 4

Ctr. for Info. & Rsch on Civic Learn. and Engag't, *St. by St. 2020 Youth Voter Turnout: The NE,* April 13, 2021, https://circle.tufts.edu/latest-research/state-state-2020-youth-voter-turnout-northeast ---------------------------------------------------------------------------- 9

Elect. Comm'n and Ass't. Comm'n, *Elect. Admin. and Voting Survey 2022 Compr. Rpt.*, 11, (Jun. 2023). https://www.eac.gov/sites/default/files/2023-06/2022_EAVS_Report_508c.pdf ------------------------------------------------------------- 6, 7

Erin McGhee and Mindy Romero*, Vote-by-Mail Pol'y and the 2020 Pres. Elect.,11-16,* Last revised Mar. 4, 2022. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3825939. ----- 8

Letter from the Nat'l Ass'n of St. El. Dir's to Hon. Postmst'r Louis DeJoy, Sept. 11, 2024. https://perma.cc/CJ7X-FLBN. ---------------------------------------------------------- 10, 11

Lisa Danetz, *Mail Ballot Sec. Features: A Primer*, Oct. 16, 2020, https://www.brennancenter.org/our-work/research-reports/mail-ballot-security-features-primer (and citations therein). ------------------------------------------------------------- 8

Lisa Schur, et al., *Disability and Voter Turnout in the 2022 Elect's,* 6, last visited Jul. 18, 2025, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.eac.gov/sites/default/files/2023-07/EAC_2023_Rutgers_Report_Supplement_FINAL.pdf. --------------------------------- 9

National Conference of State Legislatures, Table 18(a), *States That Conduct All Elections By Mail,*(updated Oct. 11, 2024). https://www.ncsl.org/elections-and-campaigns/table-18-states-with-all-mail-elections. -------------------------------------------------------------- 6

AMICUS BRIEF OF NVAHI
Page 1

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

Nat'l Conf. of St. Legis's.*, Table 11: Recp't. and Postmark Deadl's for Absentee/Mail Ballots*, (last updated April 24, 2025), https://www.ncsl.org/elections-and-campaigns/table-11-receipt-and-postmark-deadlines-for-absentee-mail-ballots ------------------------------------10

Nat'l Vote at Home Inst. *Vote at Home 2024 Pol'y and Rsch. Guide*, (last updated Feb.24, 2024). ------------------------------------------------------------------------------------------7,9

Nat'l Vote at Home Inst., *How Americans Vote at Home Tool*, (last updated Jul.19, 2025) https://voteathome.org/how-americans-vah/. ----------------------------------------------------- 6

Oregon Secretary of State, *Vote by Mail,* 1, (last accessed Jul. 18, 2025). ----------------------- 6

Paul Gronke, et.al., *Vote by Mail in the U.S. Best Practices & New Areas for Research*, 4-5, last updated July 16, 2025, https://electionlab.mit.edu/research/projects/mapping-election-science/white-papers/vote-by-mail. ----------------------------------------------------------------- 4, 5

Pl's Mot. for Part. Summ. J. and Supp. Declr's -------------------------------------------------- 4,11

Postal Reg. Comm'n, *Post. Serv. Impl's Nat'wide Changes to Mail Serv.,* (Apr. 29, 2025), https://www.prc.gov/postal-service-implements-nationwide-changes-mail-service. -- 11, 12

R. Michael Alvarez and Yimeng Li*, Univ'l Mail Ballot Del. Boosts Turnout: The Causal Effects of Sending Mail Ballots to All Reg. Voters,* 22, July 2024, https://voteathome.org/portfolio/universal-mail-ballot-delivery-boosts-turnout-the-causal-effects-of-sending-mail-ballots-to-all-registered-voters/.---------------------------------------- 8

Wendy R. Weiser and Harold Ekeh, *The False Narr. of Vote-by-Mail Fraud*, Apr. 10, 2020, https://www.brennancenter.org/our-work/analysis-opinion/false-narrative-vote-mail-fraud, and citations therein. --------------------------------------------------------------------------------- 7

AMICUS BRIEF OF NVAHI
Page 2

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

## I.  STATEMENT OF INTEREST

The National Vote at Home Institute ("NVAHI") is nonpartisan, nonprofit organization that works to increase voters' access to, use of, and confidence in vote at home systems in which ballots are mailed to voters and voters return them by mail, drop box, or directly to an election office. NVAHI's vision is a secure nationwide, universal vote at home election system. To that end, NVAHI's goals include providing high quality research on the impacts of voting at home, including turnout, accessibility, and best practices. It uses this research to educate and partner with state and national organizations about the benefits of voting at home, promote best practices for voting at home, and expand voter access. NVAHI's deep research regarding voting at home shows that such voting programs increase access to voting with no appreciable partisan impact.

NVAHI submits this amicus brief in support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. 37) asking the Court to declare Section 7(a) of Executive Order No. 14248, 90 Fed. Reg. 14005 (Mar. 25, 2025) (entitled "Preserving and Protecting the Integrity of American Elections") (the "EO") unconstitutional. Section 7(a) of the EO would require mail-in ballots to be received by Election Day rather than postmarked on that day. Section 7(a) would contradict years of allowing at-home voters to vote on Election Day and risk disenfranchisement of voters who rely on mailing their ballots but have no control over the speed of mail delivery.

## II.  SECTION 7(A) OF THE EO WOULD DISENFRANCHISE VOTERS

Designed with convenience and security in mind, vote at home systems are being increasingly used by all states and embraced by voters. Recent research shows that access to voting at home increases voter participation with no appreciable partisan impact, and that

AMICUS BRIEF OF NVAHI
Page 3

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

voting by mail has resulted in de-minimis allegations of fraud. But implementing a mandatory Election Day deadline for mail ballots, as Section 7(a) purports to do, would undoubtedly disenfranchise many voters, giving at-home voters less time to vote and putting the fate of their ballot into the hands the United States Postal Service ("USPS"), which itself admits is becoming less reliable and slower, particularly for rural voters. For these reasons and as discussed below, NVAHI asks the Court to grant Plaintiffs' Motion for Partial Summary Judgment.

### A. Mail Ballots Are Secure and Convenient Way to Vote

American voters have used mail ballots for more than 150 years—starting, as noted in Plaintiff's Motion, during the Civil War, when Union and Confederate soldiers were allowed to cast ballots from their battlefield units and have them counted back home.[1] During World War II, Congress enacted legislation allowing mailed ballots for soldiers stationed overseas.[2] Subsequent laws, particularly the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA") and the Military and Overseas Voter Empowerment Act (the "MOVE Act") have enabled and encouraged voting by active service members through absentee voting.[3]

States began passing absentee ballot laws for civilians in the early 20th century. The first laws were generally intended to accommodate voters who were infirm or ill on Election Day, with laws in the later part of the 20th century expanding to offer absentee voting for other

---

[1] Pl's Mot. for Part. Summ. J. 17; Paul Gronke, et.al., *Vote by Mail in the U.S. Best Practices & New Areas for Research*, 4-5, last updated July 16, 2025, https://electionlab.mit.edu/research/projects/mapping-election-science/white-papers/vote-by-mail.

[2] 50 U.S.C. §§ 301-303 (repealed).; Coleman, Kevin J., Cong. R. Serv. *The Uniformed and Overseas Citizens Absentee Voting Act: Overview and Issues*, (CRS Report No. RS20764), Oct. 16, 2016, 1.

[3] 52 U.S.C. §§ 20301-20311; *see also* Coleman at 1-5.

AMICUS BRIEF OF NVAHI
Page 4

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

categories of citizens, such as disabled voters and college students who were away from home.[4] In 1978, California passed the first "no-excuse" absentee ballot law and became the first state to allow eligible voters to request absentee ballots for any reason, followed quickly by Oregon and Washington.[5] Many other states followed suit, with close to half of the states adopting some form of "no excuse" absentee voting, including non-precinct place voting, voting by mail, or early in-person voting.[6]

In 1998, Oregon became the first state to authorize the issuance of all ballots by mail.[7] Washington moved to voting entirely by mail in 2011, and Colorado in 2013.[8] More recently, these states were joined by California, Hawaii, Utah, Nevada, Vermont, and Washington D.C.[9] Twenty-nine states allow voters to request a mail ballot for any (or no) reason, with nine of those states allowing voters to sign up to receive a mail ballot for every election, and 13 states allow mail ballots with a specific excuse.[10]

---

[4] Gronke at 4-5.

[5] Gronke at 5.

[6] *Id*.

[7] Oregon Secretary of State, *Vote by Mail,* 1, (last accessed Jul. 18, 2025). https://sos.oregon.gov/elections/Documents/statistics/vote-by-mail-timeline.pdf.

[8] National Conference of State Legislatures, Table 18(a), *States That Conduct All Elections By Mail,* (updated Oct. 11, 2024). https://www.ncsl.org/elections-and-campaigns/table-18-states-with-all-mail-elections.

[9] *Id.*

[10] Nat'l Vote at Home Inst., *How Americans Vote at Home Tool*, (last updated Jul.19, 2025) https://voteathome.org/how-americans-vah/.

AMICUS BRIEF OF NVAHI
Page 5

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

In short, every state now allows mail ballots in some fashion, with each state (by their constitutional right) determining the time, manner, and method of voting.[11] According to the 2022 Election Administration and Voting Survey ("EAVS"), 35,316,617 voters in the United States participated in the 2022 federal general elections using mail.[12] NVAHI calculates that, over the last 20 years, more than one billion ballots have been mailed to voters for voting at home, across all 50 states and the District of Columbia, for presidential and midterm elections, party primary races, special vacancy elections, and local elections.[13]

Years of widespread use across all states has confirmed that voting at home is secure, convenient, widely used, and increases access to voting. At its core, voting by mail is a paper ballot system, offering multiple safeguards, some of which are not available in all in-person voting systems. While electronic voting machines have caused concerns for some people about potential hacking, paper ballots enable elections officials to conduct risk-limiting audits to ensure that votes have been accurately counted.[14] And vote at home systems use procedures such as signature matching, bar codes, and ballot tracking to enhance security.[15]

---

[11] Elect. Comm'n and Ass't. Comm'n, *Elect. Admin. and Voting Survey 2022 Compr. Rpt.*, 11, (Jun. 2023). https://www.eac.gov/sites/default/files/2023-06/2022_EAVS_Report_508c.pdf

[12] *Id*. at 12.

[13] Barbara Smith Warner, *Nat'l Vote at Home Inst. Press Rel.* (Mar. 15, 2023), https://voteathome.org/portfolio-tag/mail-ballot-use/#:~:text=Over%20the%20last%2020%20years,or%20geography%20of%20each%20state.

[14] Nat'l Vote at Home Inst. *Vote at Home 2024 Pol'y and Rsch. Guide*, 24 (last updated Feb.24, 2024).

[15] *Id.*; Wendy R. Weiser and Harold Ekeh, *The False Narr. of Vote-by-Mail Fraud*, Apr. 10, 2020, https://www.brennancenter.org/our-work/analysis-opinion/false-narrative-vote-mail-fraud, and citations therein.

AMICUS BRIEF OF NVAHI
Page 6

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

These security and verification protocols have made cases of alleged voter fraud involving mail ballots rare. For example, an analysis of the Heritage Foundation database cataloging election fraud found that 0.00006 percent of roughly 250 million mail ballots over a 20-year period involved fraud.[16]

Unsurprisingly, voters are increasingly embracing voting at home, including returning completed ballots by mail. Voting at home processes significantly reduce the obstacles to voting by bringing the polling place to the voter rather than making the voter go to the polling place.[17] An academic study of the 2020 election showed that sending every voter a mail ballot increased turnout by an average of 5.6% over traditional in-person voting systems, with no meaningful partisan impact.[18] The study also estimates that voting at home increases turnout by around three to four percentage points,[19] as did another study conducted by in 2024.[20]

Certain voting groups are particularly helped by vote at home policies. An analysis of the 2022 election showed that turnout for disabled voters increased from 2018 in states that improved their access to mailed-out ballots compared to states that made no change. Specifically, states that went from "excuse required" to "no excuse" absentee ballots saw a

---

[16] Lisa Danetz, *Mail Ballot Sec. Features: A Primer*, Oct. 16, 2020, https://www.brennancenter.org/our-work/research-reports/mail-ballot-security-features-primer (and citations therein) (noting this statistic is likely overly generous).

[17] Erin McGhee and Mindy Romero*, Vote-by-Mail Pol'y and the 2020 Pres. Elect.,11-16,* Last revised Mar. 4, 2022. https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3825939.

[18] *Id..*

[19] *Id.*

[20] R. Michael Alvarez and Yimeng Li*, Univ'l Mail Ballot Del. Boosts Turnout: The Causal Effects of Sending Mail Ballots to All Reg. Voters,* 22, July 2024, https://voteathome.org/portfolio/universal-mail-ballot-delivery-boosts-turnout-the-causal-effects-of-sending-mail-ballots-to-all-registered-voters/.

AMICUS BRIEF OF NVAHI
Page 7

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

6.9% increase in turnout of disabled voters, while those went from "no excuse" to all vote by mail saw a 5.3% increase.[21] In 2020, when New Jersey automatically mailed ballots to all registered voters for the first time, it saw the highest turnout across the country for voters ages 18-29.[22] Vote at home states saw materially higher youth turnout across all racial subgroups.[23]

In the 2022 midterms, about 32 percent of all votes were cast through a vote at home process—a percentage that, with the exception of 2020 due to the COVID-19 pandemic, was a significant increase from prior years.[24]

### B. An Election Day Received-by Deadline Would Increase Disenfranchisement

At least sixteen states, including Washington and Oregon, plus Puerto Rico, the Virgin Islands, and Washington D.C., accept mail-in or absentee ballots if those ballots are postmarked on or before Election Day.[25] Washington has allowed an Election Day postmark since inception.[26] Oregon, the first state to use vote at home, started as a "received-by" state

---

[21] Lisa Schur, et al., *Disability and Voter Turnout in the 2022 Elect's,* 6, last visited Jul. 18, 2025, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.eac.gov/sites/default/files/2023-07/EAC_2023_Rutgers_Report_Supplement_FINAL.pdf.

[22] Ctr. for Info. & Rsch on Civic Learn. and Engag't, *St. by St. 2020 Youth Voter Turnout: The NE,* April 13, 2021, https://circle.tufts.edu/latest-research/state-state-2020-youth-voter-turnout-northeast.

[23] Nat'l Vote at Home Inst., *Vote at Home 2024 Pol'y and Rsch. Guide*, 23, (last updated Feb. 24, 2024).

[24] Charles Stewart III, *How We Voted in 2022: A Topical Look at the Surv. of the Perf. of Am. Elections*, 7, last visited Jul. 18, 2025, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://electionlab.mit.edu/sites/default/files/2023-05/How-We-Voted-In-2022.pdf.

[25] Nat'l Conf. of St. Legis's.*, Table 11: Recp't. and Postmark Deadl's for Absentee/Mail Ballots*, (last updated April 24, 2025), https://www.ncsl.org/elections-and-campaigns/table-11-receipt-and-postmark-deadlines-for-absentee-mail-ballots.

[26] RCW 29A.40.110.

AMICUS BRIEF OF NVAHI
Page 8

but in 2021 accepted ballots postmarked on Election Day.[27] Requiring these states to count only ballots received by Election Day, rather than postmarked on Election Day, will disenfranchise voters through no fault of their own.

In a recent letter to Postmaster General DeJoy, the National Association of State Election Directors voiced alarm that local election officials from nearly every state have been receiving ballots long after the three to five day period that USPS considers standard delivery time for first-class mail.[28] The letter stated that election officials in multiple states reported receiving dozens to hundreds of ballots 10 or more days after their postmark and warned that "[t]here is no amount of proactive communication election officials can do to account for USPS's inability to meet their own service delivery timelines."[29] In the 2024 general election, Washington received 119,755 timely cast ballots after Election Day and Oregon received 13,596 such ballots.[30]

Rural voters could be disproportionately affected by an inability to vote by mail on Election Day. Rural voters are more likely to use mail because, at least in Washington, the prevalence of drop boxes in rural areas is less than in urban areas, as drop box placement is based on population density. Washington State law requires a minimum of one ballot drop box per fifteen thousand registered voters in the county and a minimum of one ballot drop box in each city, town, and census-designated place in the county with a post office).[31] Moreover, the

---

[27] ORS 254.470(6)(e).

[28] Letter from the Nat'l Ass'n of St. El. Dir's to Hon. Postmst'r Louis DeJoy, Sept. 11, 2024. https://perma.cc/CJ7X-FLBN.

[29] *Id*. at 1-2.

[30] Pl's Mot. for Summ. J., 3 and supporting declarations.

[31] RCW 29A.40.170(2)

AMICUS BRIEF OF NVAHI
Page 9

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

USPS has recently engaged in cost-cutting efforts that it has expressly recognized will have negative impacts on rural communities.[32] For example, in rural areas, unlike urban areas, mail dropped off at post offices and collection boxes more than 50 miles from a regional hub is collected the next day instead of the same day.[33] USPS standards for delivery times vary by the distance that mail must travel to reach its destination, resulting in longer mailing times for rural voters.[34] Thus, according to the Postal Regulatory Commission, "a higher percentage of rural areas are affected by mail slowdowns than non-rural areas."[35] In sum, while voters in urban areas who have better access to drop boxes would be able to vote on Election Day itself, voters in rural areas who live far from a drop box and rely on the mail to return their ballot would have less time to vote and face greater risks of not having their vote counted if there is delay.

No matter where they live, voters who vote on or before Election Day by filling out a ballot and putting it in the mail should not risk disenfranchisement based on when their ballot is received by election officials.

---

[32] Postal Reg. Comm'n, *Post. Serv. Impl's Nat'wide Changes to Mail Serv.,* (Apr. 29, 2025), https://www.prc.gov/postal-service-implements-nationwide-changes-mail-service.

[33] *Id.*

[34] *Id.*

[35] *Id.*

AMICUS BRIEF OF NVAHI
Page 10

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

### III. CONCLUSION

To make voting as convenient and accessible as possible and to avoid the disenfranchisement of voters, Amicus NVAHI respectfully asks the Court to grant Plaintiffs' Motion for Partial Summary Judgment.

Respectfully submitted,

DATED: July 21, 2025          LAW OFFICE OF AMANDA BEANE, P.C.


By:  /s/ Amanda Beane
     Amanda Beane, WSBA No. 33070
     Attorney for the National Vote at Home Institute
     7724 35th Ave NE, P.O. Box 15526
     Seattle, WA 98125
     Phone: 206-531-0224
     Email: amanda@amandabeanelaw.com

AMICUS BRIEF OF NVAHI
Page 11

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224