UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON,<br><br>               Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as United States Secretary of Homeland Security; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; DEPARTMENT OF GOVERNMENT EFFICIENCY SERVICE; AMY GLEASON, in her official capacity as Acting DOGE Administrator; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; BRIANNA SCHLETZ, in her official capacity as executive director of the | Case No. 2:25-cv-00602-JHC<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 37) |

ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF - 1
OF BIPARTISAN FORMER STATE SECRETARIES OF STATE AS AMICI
CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT (ECF NO. 37)

U.S. Election Assistance Commission; FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in his official capacity as Senior Official Performing the Duties of Federal Emergency Management Agency Administrator,

Defendants.

On consideration of the Motion by Bipartisan Former State Secretaries of State for Leave to File an Amicus Curiae Brief, Dkt. # 79, which is unopposed, it is hereby ORDERED that the motion is GRANTED.

DATED: August, 11, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF - 2
OF BIPARTISAN FORMER STATE SECRETARIES OF STATE AS AMICI
CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT (ECF NO. 37)