UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as United States Secretary of Homeland Security; UNITED STATES DEPARTMENT OF DEFENSE; PETE HEGSETH, in his official capacity as Secretary of Defense; DEPARTMENT OF GOVERNMENT EFFICIENCY SERVICE; AMY GLEASON, in her official capacity as Acting DOGE Administrator; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in his official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in his official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY McCORMICK and BENJAMIN W. HOVLAND, in their official capacities as Commissioners of the U.S. Election Assistance Commission; BRIANNA SCHLETZ, in her official capacity as executive director of the U.S. Election Assistance Commission; FEDERAL EMERGENCY MANAGEMENT | Case No. 2:25-cv-00602-JHC<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGH BRIEF BY BIPARTISAN FORMER STATE SECRETARIES OF STATE |

ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGH BRIEF BY BIPARTISAN - 1
FORMER STATE SECRETARIES OF STATE

| | |
|---|---|
| 1 | AGENCY; CAMERON HAMILTON, in his official capacity as Senior Official Performing the Duties of Federal Emergency Management Agency Administrator, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Before the Court is a Motion for Leave to File Overlength Brief by Bipartisan Former State Secretaries of State. Dkt. # 80. It is unopposed.

The motion for leave to file overlength brief is Granted.

DATED: August 11, 2025.

                                                             _____
                                                             JOHN H. CHUN
                                                             UNITED STATES DISTRICT COURT