The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>Defendants. | NO. 2:25-cv-00602-JHC<br><br>PLAINTIFFS' MOTION TO FILE OVERLENGTH BRIEF<br><br>NOTE ON CALENDAR:<br>AUGUST 12, 2025 |

Plaintiffs' combined response to Defendants' motion to dismiss and reply in support of summary judgment is due August 13, 2025. Dkt. 63. Because Plaintiffs' brief includes both a response to a motion and a reply in support of a motion, Plaintiffs respectfully request leave to file a brief of 12,600 words or less. This is the same word limit that Defendants sought and obtained with respect to their combined filing. Dkt. 61. Under Local Rule 7(f)(4), because this Court granted leave for Defendants to file an overlength motion to dismiss, "the brief in opposition will automatically be allowed an equal number of additional pages." Nonetheless, to avoid any confusion related to the effect of a combined brief, Plaintiffs seek leave from this Court.

Defendants do not object to this motion.

PLAINTIFFS MOTION TO FILE OVERLENGTH BRIEF
NO. 2:25-cv-00602-JHC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 12th day of August, 2025.

I certify that this memorandum contains 130 words, in compliance with the Local Civil Rules

NICHOLAS W. BROWN
  *Attorney General*
  *State of Washington*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*

*s/ Karl D. Smith*
KARL D. SMITH, WSBA 41988
  *Deputy Solicitor General*
WILLIAM MCGINTY, WSBA 41868
KELLY A. PARADIS, WSBA 47175
ALICIA O. YOUNG, WSBA 35553
  *Deputy Solicitors General*
FREEMAN E. HALLE, WSBA 61498
MICHELLE M. SAPERSTEIN, WSBA 55539
ZANE MULLER, WSBA 63777
  *Assistant Attorneys General*
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
karl.smith@atg.wa.gov
noah.purcell@atg.wa.gov
william.mcginty@atg.wa.gov
kelly.paradis@atg.wa.gov
alicia.young@atg.wa.gov
freeman.halle@atg.wa.gov
zane.muller@atg.wa.gov
michelle.saperstein@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

DAN RAYFIELD
Attorney General
State of Oregon

*s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL*
CARLA A. SCOTT, WSBA #39947
*Senior Assistant Attorneys General*
KATE E. MORROW*
*Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201

PLAINTIFFS MOTION TO FILE
OVERLENGTH BRIEF
NO. 2:25-cv-00602-JHC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

(971) 673-1880
brian.s.marshall@doj.oregon.gov
carla.a.scott@doj.oregon.gov
kate.e.morrow@doj.oregon.gov

*Attorneys for Plaintiff State of Oregon*

\*Admitted Pro hac vice

PLAINTIFFS MOTION TO FILE
OVERLENGTH BRIEF
NO. 2:25-cv-00602-JHC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744