**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>　　　　　　　　Defendants. | NO. 2:25-cv-00602-JHC<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVER-LENGTH BRIEF<br><br>NOTE ON CALENDAR:<br>AUGUST 12, 2025 |

　　　Before this Court is Plaintiffs' motion for leave to file an over-length brief. Dkt. # 101. The motion is unopposed. Because the Court granted leave for Defendants to file an over-length motion, and because Plaintiffs' brief includes both a response to a motion and a reply in support of a motion, the Court grants them leave to file a brief of 12,600 words or less.

　　　DATED this 13th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　／s／ John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge