UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>      *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>      *Defendants*. | Case No. 2:25-cv-602-JHC<br>NOTE ON MOTION CALENDAR:<br>August 29, 2025 |

**DEFENDANTS' UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

  According to the parties' stipulated briefing schedule, Defendants' reply brief in support of their motion to dismiss is due Wednesday, August 27, 2025. To accommodate the undersigned's schedule in other matters, Defendants request a two-day extension of their deadline to file their reply (i.e., from August 27 to August 29). Plaintiffs do not oppose this motion.

Dated: August 25, 2025

                Respectfully submitted,

                BRETT A. SHUMATE
                Assistant Attorney General

                ERIC J. HAMILTON
                Deputy Assistant Attorney General
                Civil Division, Federal Programs Branch

                /s/ *Bridget K. O'Hickey*
                BRIDGET K. O'HICKEY
                Counsel to the Assistant Attorney General
                U.S. Department of Justice, Civil Division
                950 Pennsylvania Avenue,
                NW Washington, DC 20530
                (202) 353-8679
                Bridget.K.O'Hickey@usdoj.gov