**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STATE OF WASHINGTON and STATE OF OREGON,

*Plaintiffs*,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,

*Defendants*.

Case No. 2:25-cv-602-JHC

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF TIME TO FILE REPLY

For good cause shown, and because Plaintiffs do not oppose, the Court hereby GRANTS Defendants' Motion for Two-Day Extension of Time to File their Reply in Support of Defendants' Motion to Dismiss.  Dkt. # 107.  It is hereby ORDERED that Defendants shall file their Reply in Support of Defendants' Motion to Dismiss on or before August 29, 2025. The Court DIRECTS the Clerk to renote Defendants' Motion to Dismiss, Dkt. # 64, for August 29, 2025.

Dated: August 25, 2025

_____
John H. Chun
United States District Judge