The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON; and STATE OF OREGON, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | NO. 2:25-CV-00602-JHC <br><br> NOTICE OF CHANGE OF ADDRESS |

Please take notice that the telephone number for Assistant Attorney General Kate E. Morrow has changed. It has been updated in PACER and will be reflected on all future filings.

NOTICE OF CHANGE OF ADDRESS
No. 2:25-cv-00602-JHC

1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1  DATED this 28th day of August, 2025.

2

3

4     DAN RAYFIELD
      Attorney General
5     State of Oregon

6         *s/ Kate Morrow*
      BRIAN SIMMONDS MARSHALL*
7     CARLA A. SCOTT, WSBA #39947
      *Senior Assistant Attorneys General*
8     KATE E. MORROW*
      *Assistant Attorney General*
9     Oregon Department of Justice
      100 SW Market Street
10    Portland, OR 97201
      (971) 673-1880
11    brian.s.marshall@doj.oregon.gov
      carla.a.scott@doj.oregon.gov
12    kate.e.morrow@doj.oregon.gov

13    *Attorneys for Plaintiff State of Oregon*

14    *Admitted Pro hac vice

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF CHANGE OF ADDRESS
No. 2:25-cv-00602-JHC

2

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

NICHOLAS W. BROWN
  *Attorney General*
  *State of Washington*

NOAH G. PURCELL, WSBA 43492
  *Solicitor General*

  *s/Karl D. Smith*
KARL D. SMITH, WSBA 41988
  *Deputy Solicitor General*
WILLIAM MCGINTY, WSBA 41868
KELLY A. PARADIS, WSBA 47175
ALICIA O. YOUNG, WSBA 35553
  *Deputy Solicitors General*
FREEMAN E. HALLE, WSBA 61498
MICHELLE M. SAPERSTEIN, WSBA 55539
ZANE MULLER, WSBA 63777
  *Assistant Attorneys General*
Office of the Washington State Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
karl.smith@atg.wa.gov
noah.purcell@atg.wa.gov
william.mcginty@atg.wa.gov
kelly.paradis@atg.wa.gov
alicia.young@atg.wa.gov
freeman.halle@atg.wa.gov
zane.muller@atg.wa.gov
michelle.saperstein@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

NOTICE OF CHANGE OF ADDRESS
No. 2:25-cv-00602-JHC

3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000