UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-602-JHC<br>NOTE ON MOTION CALENDAR:<br>August 28, 2025 |

## **DEFENDANTS' CONSENTED MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF**

Defendants' reply in support of their motion to dismiss is due August 29, 2025. Local Civil Rule 7(e)(3) provides that Defendants' brief shall not exceed 4,200 words. Because Defendants' brief must respond to Plaintiffs' opposition, which exceeded the word count and contained 12,485 words, Defendants' request that the Court grant them leave to file a brief of 6,300 words or less. Plaintiffs consent to this motion.

Dated: August 28, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ *Bridget K. O'Hickey*
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue,
NW Washington, DC 20530
(202) 353-8679
Bridget.K.O'Hickey@usdoj.gov

*Attorneys for Defendants*