UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON and STATE OF OREGON,

        *Plaintiffs*,

  v.

DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,

        *Defendants*.

Case No. 2:25-cv-602-JHC

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF

Before the Court is Defendants' consented motion for leave to file an over-length brief. Dkt. # 111. The Court grants Defendants leave to file a brief of 6,300 words or less.

Dated: August 29, 2025

_____
John H. Chun
United States District Judge