UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO.  2:25-cv-602-JHC<br><br>ORDER<br><br>NOTE ON MOTION CALENDAR: OCTOBER 1, 2025 |

**ORDER GRANTING DEFENDANTS' MOTION FOR A STAY OF OCTOBER 3 AND 10, 2025, SUPPLEMENTAL BRIEFING DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**

Before the Court is Defendants' Motion for a Stay of October 3 and 10, 2025, Supplemental Briefing Deadlines in Light of Lapse of Appropriations. Dkt. # 115. The Court hereby GRANTS Defendants' Motion and ORDERS that all current deadlines for the parties shall be extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days, provided that if the lapse is seven days or fewer, such extension shall be the number of days equal to the length (in days) of the lapse of appropriations plus five days.

　IT IS SO ORDERED.

Dated: October 1, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_John H. Chun_
　　　　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge