UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STATE OF WASHINGTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as, President of the United States, et al.,<br><br>Defendants. | Civil Action No. 2:25-cv-602 |

## NOTICE OF WITHDRAWAL

Pursuant to LCR 83.2(b)(3), please withdraw Ms. Bridget K. O'Hickey's appearance in the above-captioned case as counsel for Defendants. Defendants remain represented by Ms. Marianne F. Kies.

Respectfully submitted,

Dated: October 24, 2025

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

/s/ Bridget K. O'Hickey
BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW

1

>Washington, DC 20530
>(202) 353-8679
>Bridget.K.O'Hickey@usdoj.gov
>
>/s/ Marianne F. Kies
>MARIANNE F. KIES
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, NW
>Washington, D.C. 20005
>(202) 353-1819
>Marianne.F.Kies@usdoj.gov

## CERTIFICATE OF SERVICE

I, Bridget K. O'Hickey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 24, 2025                                    By: /s/ *Bridget K. O'Hickey*
                                                           Bridget K. O'Hickey