UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*, <br><br> Defendants. | CASE NO. 2:25-cv-602-JHC <br><br> ORDER GRANTING JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES <br><br> NOTE ON MOTION CALENDAR: NOVEMBER 14, 2025 |

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to *inter alia* the Department of Justice, effective November 13, 2025. Given that development, the Court's intervening order granting a stay of this case (*see* Dkt. # 116), and the Parties' subsequent Joint Motion for Extension of Briefing Deadlines (Dkt. # 120), for good cause shown, it is, hereby, ORDERED that:

- The Parties' Supplemental Briefs on pending Motions, originally due October 3, are now due November 25, 2025; and

- The Parties' Responsive Supplemental Briefs, originally due October 10, are now due December 8, 2025.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

The Court thus GRANTS the joint motion at Dkt. # 120 and DIRECTS the Clerk to re-note the motions at Dkt. ## 37 and 64 for December 8, 2025.

Dated this 14th day of November, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING EXTENSION
No. 2:25-cv-602-JHC - 2