1

2

3

4

5

6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON, <br><br>               Plaintiffs, <br><br>          v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States, et al.,* <br><br>               Defendants. | CASE NO.  2:25-cv-602-JHC <br><br> DEFENDANTS' UNOPPOSED MOTION & ORDER TO EXTEND RULE 26 SCHEDULING DEADLINES <br><br> **NOTE ON MOTION CALENDAR:** FEBRUARY 12, 2026 |

7

8

9

10

11

12

13

### DEFENDANTS' UNOPPOSED MOTION
### TO EXTEND RULE 26 SCHEDULING DEADLINES

14       Defendants hereby move for a three-week extension of certain deadlines set forth in this

15 Court's February 2, 2026, Order Regarding Initial Disclosures, Joint Status Report, and Early

16 Settlement, ECF No. 127. Plaintiffs do not oppose the requested extension.

17       1.      On February 2, 2026, this Court entered an order setting three discovery

18 deadlines, which "may be extended only by order of the Court." Defendants request a three-week

19 extension of each, as follows:

20

21

22

23

24

| Issue | Current Deadline | Proposed Deadline |
|---|---|---|
| FRCP 26(f) Conference | February 17, 2026 | March 10, 2026 |
| FRCP 26(a) Initial Disclosures | March 2, 2026 | March 23, 2026 |
| Combined FRCP 26(f) / LCivR 26(f) Joint Status Report and Discovery Plan | March 9, 2026 | March 30, 2026 |

DEFENDANTS' UNOPPOSED MOTION & ORDER TO EXTEND
RULE 26 SCHEDULING DEADLINES
No. 2:25-cv-602-JHC - 1

2.      An extension is warranted because of personal constraints and the press of other matters. Undersigned lead counsel was on extended medical leave from January 22 to February 9, 2026, and co-counsel for the Government is out of this office this week. Lead counsel is facing other imminent court deadlines, including an opposition to a motion for preliminary injunctive relief (currently due February 18 in N.D. Cal.); a motion to stay (currently due February 23 in M.D.N.C.); and an opposition to a motion for discovery (currently due February 23 in D. Md.), among other deadlines.

3.      Government counsel looks forward to conferring productively with Plaintiffs on next steps in this litigation, but needs more time to ensure that the parties' discussions are productive.

4.      On February 5, 2026, defense counsel emailed Plaintiffs' counsel to discuss the requested extension. Following a telephonic conference, on February 11, 2026, counsel for Plaintiffs replied that they did not oppose Defendants' request.

Therefore, for good cause shown, Defendants hereby move unopposed for a three-week extension of the discovery deadlines set forth in this Court's scheduling order, ECF No. 127.


Dated: February 12, 2026                Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        ERIC J. HAMILTON
                                        Deputy Assistant Attorney General
                                        Civil Division, Federal Programs Branch

                                        JOSEPH E. BORSON
                                        Assistant Director
                                        Civil Division, Federal Programs Branch

                                        /s/ Marianne F. Kies

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MARIANNE F. KIES
CHRISTIAN DIBBLEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

*Attorney for Defendants*

1

<u>CERTIFICATE OF SERVICE</u>

2

     I, Marianne F. Kies, hereby certify that I served a true copy of the above document upon

3

all counsel of record via this court's electronic filing system and upon any non-registered

4

participants via first class mail. I further certify that this memorandum contains 306 words, in

5

compliance with the Local Civil Rules.

6

7

Dated: February 12, 2026

     /s/ *Marianne F. Kies*
     MARIANNE F. KIES

8

     Trial Attorney
     U.S. Department of Justice

9

     Civil Division, Federal Programs Branch

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANTS' UNOPPOSED MOTION & ORDER TO EXTEND
RULE 26 SCHEDULING DEADLINES
No. 2:25-cv-602-JHC - 4

1

**<u>ORDER</u>**

2      Pursuant to Defendants' Unopposed Motion, it is so ORDERED:

3      -   The FRCP 26(f) Conference is due March 10, 2026;

4      -   The FRCP 26(a) Initial Disclosures are due March 23, 2026;

5      -   The JSR and Discovery Plan are due March 30, 2026.

6

7      Dated this 12th day of February 2026.

8                                                   _____
                                                    John H. Chun
9                                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANTS' UNOPPOSED MOTION & ORDER TO EXTEND
RULE 26 SCHEDULING DEADLINES
No. 2:25-cv-602-JHC - 5