|   |   |
|---|---|
|   | The Honorable John H. Chun |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON and STATE OF OREGON,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-602-JHC<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's January 9, 2026, memorandum opinion and order granting partial summary judgment to Plaintiffs, *see* ECF No. 126.

Dated: March 10, 2026         Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

/s/ Marianne F. Kies

DEFENDANTS' NOTICE OF APPEAL OF
PARTIAL SUMMARY JUDGMENT
No. 2:25-cv-602-JHC - 1

U.S. Department of Justice
1100 L STREET, NW
WASHINGTON, D.C. 20005
(202) 353-1819

| | |
|---|---|
| 1 | MARIANNE F. KIES |
| | CHRISTIAN DIBBLEE |
| 2 | Trial Attorneys |
| | U.S. Department of Justice |
| 3 | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| 4 | Washington, D.C. 20005 |
| | (202) 353-1819 |
| 5 | Marianne.F.Kies@usdoj.gov |
| 6 | *Attorney for Defendants* |

DEFENDANTS' NOTICE OF APPEAL OF
PARTIAL SUMMARY JUDGMENT
No. 2:25-cv-602-JHC - 2

U.S. Department of Justice
1100 L STREET, NW
WASHINGTON, D.C. 20005
(202) 353-1819

## CERTIFICATE OF SERVICE

I, Marianne F. Kies, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: March 10, 2026

/s/ *Marianne F. Kies*
MARIANNE F. KIES
Trial Attorney

DEFENDANTS' NOTICE OF APPEAL OF
PARTIAL SUMMARY JUDGMENT
No. 2:25-cv-602-JHC - 3

U.S. Department of Justice
1100 L STREET, NW
WASHINGTON, D.C. 20005
(202) 353-1819