

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

MAR 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 26-1429 |
| Originating Case Number: | 2:25-cv-00602-JHC |
| Short Title: | State of Washington, et al. v. Trump, et al. |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 26-1429
Originating Case Number: 2:25-cv-00602-JHC

Case Title: State of Washington, et al. v. Trump, et al.

**3/16/2026**

| | |
|---|---|
| Donald J. Trump | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Thomas Hicks | Mediation Questionnaire due |
| Brianna Schletz | Mediation Questionnaire due |
| Executive Office of the President | Mediation Questionnaire due |
| Donald L. Palmer | Mediation Questionnaire due |
| United States Department of Government Efficiency | Mediation Questionnaire due |
| Amy Gleason | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| Cameron Hamilton | Mediation Questionnaire due |
| Benjamin W. Hovland | Mediation Questionnaire due |
| DOJ - United States Department of Justice | Mediation Questionnaire due |
| United States Department of Defense | Mediation Questionnaire due |
| Federal Emergency Management Agency | Mediation Questionnaire due |
| United States Election Assistance Commission | Mediation Questionnaire due |

| | |
|---|---|
| Christy McCormick | Mediation Questionnaire due |
| Peter Hegseth | Mediation Questionnaire due |

**4/20/2026**

| | |
|---|---|
| Brianna Schletz | Appeal Opening Brief (No Transcript Due) |
| Peter Hegseth | Appeal Opening Brief (No Transcript Due) |
| Amy Gleason | Appeal Opening Brief (No Transcript Due) |
| United States Department of Government Efficiency | Appeal Opening Brief (No Transcript Due) |
| Cameron Hamilton | Appeal Opening Brief (No Transcript Due) |
| Kristi Noem | Appeal Opening Brief (No Transcript Due) |
| United States Department of Homeland Security | Appeal Opening Brief (No Transcript Due) |
| Pamela Bondi | Appeal Opening Brief (No Transcript Due) |
| Donald J. Trump | Appeal Opening Brief (No Transcript Due) |
| United States Election Assistance Commission | Appeal Opening Brief (No Transcript Due) |
| Thomas Hicks | Appeal Opening Brief (No Transcript Due) |
| Benjamin W. Hovland | Appeal Opening Brief (No Transcript Due) |
| Christy McCormick | Appeal Opening Brief (No Transcript Due) |
| DOJ - United States Department of Justice | Appeal Opening Brief (No Transcript Due) |
| Executive Office of the President | Appeal Opening Brief (No Transcript Due) |
| United States Department of Defense | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| Donald L. Palmer | Appeal Opening Brief (No Transcript Due) |
| Federal Emergency Management Agency | Appeal Opening Brief (No Transcript Due) |

**5/20/2026**

| | |
|---|---|
| State of Oregon | Appeal Answering Brief (No Transcript Due) |
| State of Washington | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available [here](). More information about the Mediation Program is available [here]().

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See* **9th Cir. R. 42-1.**