UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON ET AL., | CASE NO. 2:25-cv-00602-JHC |
| Plaintiffs, | SCHEDULING ORDER |
| v. | |
| DONALD TRUMP ET AL., | |
| Defendants. | |

| | |
|---|---|
| Deadline for parties to submit motions for summary judgment. | April 17, 2026 |
| Deadline for parties to submit responses to motions for summary judgment. | May 15, 2026 |

The Court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the parties' cross motions for summary judgment. The dates set

ORDER - 1

in this scheduling order are firm dates that can be changed only by order of the Court, not by

agreement of the parties.  The Court will alter these dates only upon good cause shown.

Dated this 31st day of March, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER - 2