The Honorable John H. Chun

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

                    Plaintiffs,

   v.

DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,

                    Defendants.

NO. 2:25-cv-00602-JHC

STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs State of Washington and State of Oregon provide notice that they voluntarily dismiss their challenge to section 4(d) of Executive Order 14248 ("Preserving and Protecting the Integrity of American Elections"). Following this Court's Order Re: Plaintiffs' Motion for Partial Summary Judgment and Defendants' Motion to Dismiss, which dismissed Claims 1, 2, 3, 6, 7, and 8, ECF No. 125 at 73, the challenge to section 4(d) remained via Claims 4 and 5. Because Defendants have not yet filed "an answer or a motion for summary judgment[,]" Plaintiffs may voluntarily dismiss this challenge "without a court order." Fed. R. Civ. P. 41(a)(1)(A)(i); *see also Miller v. Reddin*, 422 F.2d 1264, 1266 (9th Cir. 1970) (holding that voluntary dismissal was effective notwithstanding opposing party's filing of a motion to dismiss). Voluntary dismissal is also appropriate under Fed. R. Civ. P. 41(a)(1)(A)(ii) because it is stipulated to by all Defendants.

STIPULATED VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
NO. 2:25-cv-00602-JHC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

This voluntary dismissal is without prejudice, Fed. R. Civ. P. 41(a)(1)(B), and does not dismiss or affect any remaining claims.

DATED this 14th day of April, 2026.

NICHOLAS W. BROWN
 *Attorney General*
 *State of Washington*

 s/*Karl D. Smith*
KARL D. SMITH, WSBA 41988
WILLIAM MCGINTY, WSBA 41868
KELLY A. PARADIS, WSBA 47175
ALICIA O. YOUNG, WSBA 35553
 *Deputy Solicitors General*
FREEMAN E. HALLE, WSBA 61948
ZANE MULLER, WSBA 63777
 *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Karl.Smith@atg.wa.gov
William.McGinty@atg.wa.gov
Kelly.Paradis@atg.wa.gov
Alicia.Young@atg.wa.gov
Freeman.Halle@atg.wa.gov
Zane.Muller@atg.wa.gov
*Attorneys for Plaintiff*
*State of Washington*


DAN RAYFIELD
 *Attorney General*
 *State of Oregon*

 s/ *Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL*
CARLA A. SCOTT, WSBA 39947
*Senior Assistant Attorneys General*
KATE E. MORROW*
*Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
brian.s.marshall@doj.oregon.gov
carla.a.scott@doj.oregon.gov
kate.e.morrow@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*
 * Admitted pro hac vice

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

 s/ *Christian Dibblee*
MARIANNE F. KIES
CHRISTIAN DIBBLEE
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

*Attorneys for Defendants*

STIPULATED VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
NO. 2:25-cv-00602-JHC

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744