The Honorable John H. Chun

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>Defendants. | NO. 2:25-cv-00602-JHC<br><br>SECOND DECLARATION OF STUART HOLMES |

I, STUART HOLMES, declare as follows:

1.     I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.     I am the Director of Elections for the Secretary of State of the state of Washington. I have held this position for over three years. Prior to holding this position, I was the Deputy Director of Elections, and prior to that a Voter Registration Information Systems Manager. I have worked in election administration in the Office of the Secretary of State since 2014. Before that, I was the election supervisor for Benton County, Washington, from 2005 to 2014.

3.     In my current role, my duties include, among other things, overseeing the election systems in the state of Washington. I am responsible for making sure that, on a statewide basis, elections in Washington are conducted fairly, that voters have access to the means of exercising

SECOND DECLARATION OF
STUART HOLMES
NO. 2:25-cv-00602-JHC

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

their right to vote, and that Washington's elections are conducted with a high degree of integrity and security. I also lead the Secretary of State's supervision of election administration by counties. Some of my duties include ensuring that the State's and counties' administration of elections comply with state and federal election laws. As part of these duties, I keep abreast of legal requirements and participate in national conferences on election administration. I also generally keep abreast of other states' election administration practices and developments, particularly as it relates to vote by mail. In my role as Elections Director, I also oversee all aspects of the Secretary of State's role as Chief Election Officer, including working with counties on election administration, creating and implementing standards and trainings governing elections, and interacting with the public to address voters' questions and concerns and promote voter confidence.

4.    Secretary of State Steve Hobbs is the chief election officer in Washington. Secretary Hobbs works closely with county election officials to support local efforts and ensure consistency across the state. The Secretary has broad authority to adopt regulations governing the election process and also issues guidance (in the form of written "clearinghouses") to county election officials.

5.    Washington election officials accept and use the Federal Post Card Application for voter registration purposes. These applications are primarily processed by county election officials who determine whether the application contains all of the information necessary to register to vote.

6.    A person may use the Federal Post Card Application to register to vote or to update an existing voter registration.

7.    The number of Federal Post Card Applications received in Washington varies from year to year. There are a number of factors that affect this number. In particular, we receive more Federal Post Card Applications in presidential election years than other years.

SECOND DECLARATION OF
STUART HOLMES
NO. 2:25-cv-00602-JHC

2

8.     In 2024, Washington received 14,232 Federal Post Card Applications submitted for purposes of either registering to vote or update a voter's existing registration. From 2015 through 2025, Washington received an average of 5,261 Federal Post Card Applications per year. 2023 involved the fewest Federal Post Card Applications, with just 1,018; 2024 involved the most Federal Post Card Applications.

9.     Processing a Federal Post Card Application requires staff time and information technology resources.

10.     Under the Executive Order, Federal Post Card Applications would include a copy of documentary proof of citizenship, such as a birth certificate or a copy of an enhanced driver's license. To comply with state and federal records retention laws, the Office of the Secretary of State would have to make changes to the statewide voter registration database (known as VoteWA) to allow counties to record that information electronically. Based on past updates to the VoteWA databases, I estimate that this change would take at least 6 months and cost an estimated $237,000.

11.     In addition, to ensure uniform treatment of Washington residents, the Office of the Secretary of State will have to adopt regulations and develop and issue detailed guidance for counties, covering such topics as which specific documents do or do not qualify as documentary proof of citizenship, processes for determining whether the documentation is genuine, and specific procedures for keeping the information confidential. At a minimum, rulemaking typically requires 40 hours of staff time. I estimate that preparing guidance to implement the executive order will require an additional 120 hours of staff time. This work will necessarily divert limited staff time and resources away from other planned election improvements.

12.     The Office of the Secretary of State is planning public education efforts about the executive order's requirements. This effort will be significant because voters will be seriously confused about what is and what is not required in Washington. The calls our office has already received show that some voters wrongly believe that they must show documentary proof of

SECOND DECLARATION OF
STUART HOLMES
NO. 2:25-cv-00602-JHC

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

citizenship to continue to vote. I am very concerned that this confusion will result in voter suppression, with voters being afraid to cast a ballot because they have not provided documentary proof of citizenship.

13.     Washington has the fourth largest number of registered UOCAVA voters according to the Election Assistance Commission's (EAC) Election Administration and Voting Survey (EAVS). This total number includes King County, Washington, which has the second most registered UOCAVA voters in the nation.

14.     These registered UOCAVA voters include active-duty members of the military, their spouses, and the voting age dependents that are stationed outside of Washington. Additionally, U.S. citizens who live, study, or work outside the United States.

15.     The public education efforts to reach this population are more challenging than the outreach efforts intended for voters residing in Washington. For UOCAVA voters, the education efforts would require a disproportionate amount of staff time. The efforts would include coordinating with Voting Assistance Officers (VAOs), the Federal Voting Assistant Program (FVAP), and other U.S citizen organizations. VAOs are commonly members of the uniformed service, civilians, or members of U.S. citizen organizations. I estimate these efforts would require 160 hours of staff time.

16.     These education efforts are very important as they would prevent the rejection of Federal Post Card Applications due to incomplete documentation where resolving that would be costly and slow. If a voter does have an email address or phone number on file, which are not required, there may be significant time differences between the applicant and the county elections office that would make phone or email communications challenging. If mail correspondence is the only option, those communications can become very costly due to the amount of postage that is required to mail and return documents through the mail. Additionally, due to the sensitive nature of the documents, extra services or steps may be appropriate to protect these sensitive documents.

SECOND DECLARATION OF
STUART HOLMES
NO. 2:25-cv-00602-JHC

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

17.    Documentary proof of citizenship is not required for Washington election officials to assess whether an applicant is eligible to register to vote. Washington has long relied on sworn attestation and has never experienced significant numbers of noncitizens registering to vote.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _16_ day of April 2026.

STUART HOLMES
Elections Director

SECOND DECLARATION OF
STUART HOLMES
NO. 2:25-cv-00602-JHC

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744