The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON and STATE OF OREGON,

                          Plaintiffs,

v.

DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*,

                          Defendants.

CASE NO.  2:25-cv-602-JHC

DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

U.S. Department of Justice
1100 L STREET, NW
WASHINGTON, D.C. 20005
(202) 353-5980

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and upon consideration of Defendants' Motion for Partial Summary Judgment and all the papers filed in support thereof, and any oppositions filed in opposition thereto, the Court concludes that Defendants are entitled to judgment as a matter of law and that there are no disputes of material fact.  Accordingly, the Court **GRANTS** Defendants' Motion for Partial Summary Judgment.

**SO ORDERED**.

DATED this _____ day of _____, 2026.

_____
Honorable John H. Chun
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
No. 2:25-cv-602-JHC - 1

U.S. Department of Justice
1100 L STREET, NW
WASHINGTON, D.C. 20005
(202) 353-5980

Dated: April 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
MARIANNE F. KIES
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Attorney for Defendants*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
No. 2:25-cv-602-JHC - 2

U.S. Department of Justice
1100 L STREET, NW
WASHINGTON, D.C. 20005
(202) 353-5980