**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>DONALD J. TRUMP, in his official capacity as )<br>President of the United States, et al., )<br><br>Defendants. ) | Civil Action No. 2:25-cv-00602-JHC |

## NOTICE OF WITHDRAWAL

Pursuant to LCR 83.2(b)(3), please withdraw Ms. Marianne F. Kies's appearance in the above-captioned case as counsel for Defendants. Defendants remain represented by Mr. Christian Dibblee.

Dated: June 1, 2026                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ *Marianne F. Kies*
JOSEPH E. BORSON
MARIANNE F. KIES
Assistant Directors
Civil Division, Federal Programs Branch

Christian Dibblee
Trial Attorney
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530

Tel.: (202) 353-1819
Marianne.F.Kies@usdoj.gov
*Counsel for Defendants*