UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP ET AL.,<br><br>Defendants. | CASE NO. 2:25-cv-00602-JHC<br><br>ORDER |

Before the Court are the parties' motions at Dkt. ## 136 & 138. Based on its review of the briefing relating to the motions, and the amount of time that has passed since these motions were filed, the Court questions whether this case still presents a live case or controversy to sustain the Court's authority to decide this matter under Article III of the Constitution. Accordingly, the Court DIRECTS the parties to provide supplemental briefs to address this question. Such briefs should address the impacts of: (1) the permanent injunctions issued in *California v. Trump*, 840 F. Supp. 3d 37 (D. Mass. 2026), and *League of United Latin American Citizens (LULAC) v. Executive Office of the President*, 818 F. Supp. 3d 34 (D.D.C. 2026); (2) the recent November 2026 election cycle; and (3) any other pertinent factual developments since these motions were briefed. If a live case or controversy still exists, the Court also requests that

Plaintiffs' filings explain why both Washington *and* Oregon maintain standing to pursue this action.

The parties' supplemental briefs shall be filed no later than Monday, November 30, 2026. Each side may also file a response brief, with response briefs due no later than Monday, December 14, 2026. Each brief shall not exceed 2,100 words. And the Court DIRECTS the Clerk to renote the motions at Dkt. ## 136 & 138 for December 14, 2026.

Dated this 9th day of November, 2026.

John H. Chun
United States District Judge